B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>District of New Hampshire | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Isaacson Steel, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**02-0407458** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**143 East Milan Road**<br>**Berlin, NH**<br>ZIP Code **03570** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Coos** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 67**<br>**Berlin, NH**<br>ZIP Code **03570** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☒ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities,
check this box and state type of entity below.)

### Nature of Business
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined
in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization
under Title 26 of the United States
Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which
the Petition is Filed (Check one box)

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition
of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition
of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

☐ Debts are primarily consumer debts,
defined in 11 U.S.C. § 101(8) as
"incurred by an individual primarily for
a personal, family, or household purpose."
☒ Debts are primarily
business debts.

### Filing Fee (Check one box)

☒ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must
attach signed application for the court's consideration certifying that the
debtor is unable to pay fee except in installments. Rule 1006(b). See Official
Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must
attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)
are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,
in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐<br>1-<br>49 | ☒<br>50-<br>99 | ☐<br>100-<br>199 | ☐<br>200-<br>999 | ☐<br>1,000-<br>5,000 | ☐<br>5,001-<br>10,000 | ☐<br>10,001-<br>25,000 | ☐<br>25,001-<br>50,000 | ☐<br>50,001-<br>100,000 | ☐<br>OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ☒<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ☒<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(4/10) — Page 2

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):** Isaacson Steel, Inc.

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X _____

Signature of Attorney for Debtor(s)          (Date)

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                                            Page 3

| **Voluntary Petition** | **Name of Debtor(s):** |
|---|---|
| *(This page must be completed and filed in every case)* | **Isaacson Steel, Inc.** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ William S. Gannon**
Signature of Attorney for Debtor(s)

**William S. Gannon 01222**
Printed Name of Attorney for Debtor(s)

**William S. Gannon PLLC**
Firm Name

**889 Elm Street, 4th Floor**
**Manchester, NH 03101**

_____
Address

**Email: mjoyce@gannonlawfirm.com**
**(603) 621-0833  Fax: (603) 621-0830**
Telephone Number

**June 22, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Arnold P. Hanson, Jr.**
Signature of Authorized Individual

**Arnold P. Hanson, Jr.**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**June 22, 2011**
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of New Hampshire

In re __Isaacson Steel, Inc.__ _____

Debtor(s)

Case No. _____

Chapter    __11__

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Leroux Steel, Inc and Russel Metals, Inc<br>1331 Graham Bell<br>Boucherville<br>Quebec  J4B 6A1 | Leroux Steel, Inc and Russel Metals, Inc<br>1331 Graham Bell<br>Boucherville | Supplies | | 213,248.75 |
| Infra Metals Corporation<br>8 Pent Highway<br>Wallingford, CT 06492 | Infra Metals Corporation<br>8 Pent Highway<br>Wallingford, CT 06492 | Supplies | | 192,990.99 |
| Chapel Steel Co.<br>PO Box 1000<br>Spring House, PA 19477 | Chapel Steel Co.<br>PO Box 1000<br>Spring House, PA 19477 | Supplies | | 142,528.63 |
| Namasco<br>PO Box 1556<br>New York, NY 10008-1556 | Namasco<br>PO Box 1556<br>New York, NY 10008-1556 | Supplies | | 78,623.90 |
| Olympic Steel<br>PO Box 200683<br>Pittsburgh, PA 15251-0683 | Olympic Steel<br>PO Box 200683<br>Pittsburgh, PA 15251-0683 | Supplies | | 77,781.25 |
| Yarde Metals, Inc.<br>45 Newell Street<br>Southington, CT 06489 | Yarde Metals, Inc.<br>45 Newell Street<br>Southington, CT 06489 | Supplies | | 34,743.44 |
| City of Berlin<br>168 Main Street<br>Berlin, NH 03570 | City of Berlin<br>168 Main Street<br>Berlin, NH 03570 | Lease | | 25,845.67 |
| Eagle Tubular Products Inc.<br>105 Chessen Lane<br>Alton, IL 62002 | Eagle Tubular Products Inc.<br>105 Chessen Lane<br>Alton, IL 62002 | Supplies | | 21,954.93 |
| McNichols Co.<br>PO Box 101211<br>Atlanta, GA 30392-1211 | McNichols Co.<br>PO Box 101211<br>Atlanta, GA 30392-1211 | Supplies | | 20,237.44 |
| Patriot Steel, Inc.<br>1307 Jamestown Rd., Suite 101<br>Williamsburg, VA 23185-3362 | Patriot Steel, Inc.<br>1307 Jamestown Rd., Suite 101<br>Williamsburg, VA 23185-3362 | Supplies | | 19,118.16 |
| Marmon-Keystone Corporation<br>PO Box 371568M<br>Pittsburgh, PA 15250-7568 | Marmon-Keystone Corporation<br>PO Box 371568M<br>Pittsburgh, PA 15250-7568 | Supplies | | 16,001.28 |

B4 (Official Form 4) (12/07) - Cont.

In re    **Isaacson Steel, Inc.**                                                      Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **United Pipe and Steel Corp.**<br>**83 Turnpike Road**<br>**Ipswich, MA 01938** | **United Pipe and Steel Corp.**<br>**83 Turnpike Road**<br>**Ipswich, MA 01938** | **Supplies** | | **12,598.35** |
| **MacSteel Service Centers USA**<br>**PO Box 823363**<br>**Philadelphia, PA 19182-3363** | **MacSteel Service Centers USA**<br>**PO Box 823363**<br>**Philadelphia, PA 19182-3363** | **Supplies** | | **10,154.35** |
| **Birmingham Rail & Locomotive**<br>**PO Box 530157**<br>**Birmingham, AL 35253-0157** | **Birmingham Rail & Locomotive**<br>**PO Box 530157**<br>**Birmingham, AL 35253-0157** | **Supplies** | | **6,009.00** |
| **All Metals Industries, Inc.**<br>**PO Box 807**<br>**Belmont, NH 03220-0807** | **All Metals Industries, Inc.**<br>**PO Box 807**<br>**Belmont, NH 03220-0807** | **Supplies** | | **4,859.30** |
| **Berlin Spring, Inc.**<br>**755 Third Avenue**<br>**Berlin, NH 03570** | **Berlin Spring, Inc.**<br>**755 Third Avenue**<br>**Berlin, NH 03570** | **Services** | | **4,126.16** |
| **Sigma-One**<br>**PO Box 1387**<br>**Concord, NH 03302-1387** | **Sigma-One**<br>**PO Box 1387**<br>**Concord, NH 03302-1387** | **Services** | | **3,593.81** |
| **Ventilation Control Products, Inc.**<br>**1443 Quincy Road**<br>**Rumney, NH 03266** | **Ventilation Control Products, Inc.**<br>**1443 Quincy Road**<br>**Rumney, NH 03266** | **Supplies** | | **3,404.80** |
| **L. Lemieux & Sons Trucking Inc.**<br>**595 Mooney Road**<br>**Saint Johnsbury, VT 05819** | **L. Lemieux & Sons Trucking Inc.**<br>**595 Mooney Road**<br>**Saint Johnsbury, VT 05819** | **Services** | | **2,939.20** |
| **Airgas East**<br>**PO Box 827049**<br>**Philadelphia, PA 19182-7049** | **Airgas East**<br>**PO Box 827049**<br>**Philadelphia, PA 19182-7049** | **Supplies** | | **2,146.25** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **June 22, 2011** _____        Signature    **/s/ Arnold P. Hanson, Jr.** _____

**Arnold P. Hanson, Jr.**
**President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

# United States Bankruptcy Court
## District of New Hampshire

In re    **Isaacson Steel, Inc.**                               Case No. _____

                               Debtor(s)                Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **June 22, 2011** _____        **/s/ Arnold P. Hanson, Jr.** _____

                                              **Arnold P. Hanson, Jr./President**
                                              Signer/Title

Airgas East
PO Box 827049
Philadelphia, PA 19182-7049

Airgas Safety
128 Wharton Road
Bristol, PA 19007-1693

All Metals Industries, Inc.
PO Box 807
Belmont, NH 03220-0807

Bear Images
PO Box 318
Littleton, NH 03561

Berlin Foundry & Machine
PO Box 127
Berlin, NH 03570

Berlin Spring, Inc.
755 Third Avenue
Berlin, NH 03570

Berlin Water Works
55 Willow Street
Berlin, NH 03570

Birmingham Rail & Locomotive
PO Box 530157
Birmingham, AL 35253-0157

Burgon Tool Steel Co., Inc.
20 Portsmouth St.
Portsmouth, NH 03801

Capital Lease - GoWest Equipment
4 Park Plaza, Suite 300
Irvine, CA 92614

Caron Building Center, Inc.
39 Union Street
PO Box 129
Berlin, NH 03570

Caterpillar Access Account
PO Box 905229
Charlotte, NC 28290-5229

Chapel Steel Co.
PO Box 1000
Spring House, PA 19477

Citizens Auto Finance
PO Box 42113
Providence, RI 02940-2113

City of Berlin
168 Main Street
Berlin, NH 03570

Clean Rentals
PO Box 63070
New Bedford, MA 02746-0899

Compusource
PO Box 79715
City of Industry, CA 91716-9715

Controlled Automation
PO Box 888
Bryant, AR 72089

Conway Office Products, Inc.
10 Capitol Street
Nashua, NH 03063

Eagle Tubular Products Inc.
105 Chessen Lane
Alton, IL 62002

Fati Steel, Inc.
1445 Lionel Bouulet
Varennes
Quebec J3X 1P7

FIA Card Services
PO Box 15710
Wilmington, DE 19886-5710

Fleetpride, Inc.
PO Box 281811
Atlanta, GA 30384-1811

Ford Motor Credit
PO Box 6275
Dearborn, MI 48121

Haydon Bolts, Inc.
1181 Unity Street
Philadelphia, PA 19124-3196

Infra Metals Corporation
8 Pent Highway
Wallingford, CT 06492

Kaliburn, Inc.
PO Box 371630
Pittsburgh, PA 15250-7630

L. Lemieux & Sons Trucking Inc.
595 Mooney Road
Saint Johnsbury, VT 05819

Landscape Impressions
PO Box 345
Gorham, NH 03581

Leroux Steel, Inc and Russel Metals, Inc
1331 Graham Bell
Boucherville
Quebec J4B 6A1

MacSteel Service Centers USA
PO Box 823363
Philadelphia, PA 19182-3363

Main Line Fence Co, Inc.
PO Box 27A
Cumberland Center, ME 04021

Marmon-Keystone Corporation
PO Box 371568M
Pittsburgh, PA 15250-7568

Mass Crane & Hoist
72 Progress Avenue
Tyngsboro, MA 01879

Mastermans
PO Box 411
Auburn, MA 01501-0411

McNichols Co.
PO Box 101211
Atlanta, GA 30392-1211

Mill Metals Corporation
62 Maple Street
Manchester, NH 03103

Motion Industries Inc.
1327 Main Street
PO Box 533
Berlin, NH 03570

Munce's Propane
620 Berlin-Gorham Road
Gorham, NH 03581

Namasco
PO Box 1556
New York, NY 10008-1556

Northway Bank
3424 White Mtn Hwy.
North Conway, NH 03860

Olympic Steel
PO Box 200683
Pittsburgh, PA 15251-0683

P&L Auto Parts
PO Box 532
Berlin, NH 03570

Paetec Communications
PO Box 1283
Buffalo, NY 14240

Passasumsic Savings Bank
PO Box 305
Saint Johnsbury Center, VT 05863

Passumpsic Savings Bank
497 Railroad St.
Saint Johnsbury, VT 05819-0038

Patriot Steel, Inc.
1307 Jamestown Rd., Suite 101
Williamsburg, VA 23185-3362

Quality Flame Cutting, Inc.
828 Main Street
Fremont, NH 03044

Rockingham Electric Supply Co.
175 River Road
Newington, NH 03801

Sanel Auto Parts Co.
PO Box 504
Concord, NH 03302-0504

Sigma-One
PO Box 1387
Concord, NH 03302-1387

Smith & Town Printers
42 Main Street
Berlin, NH 03570

South Jersey Energy Company
Lockbox #6471
PO Box 8500
Philadelphia, PA 19178-6471

Stulz-Sickles Steel Company
PO Boxx 273
Elizabeth, NJ 07207

SUPERMEDIA LLC
PO Box 619009
Acct Receivable Dept
Dallas, TX 75261-9009

TFC Capital Lease
11100 Wayzata Blvd. Suite 801
Minnetonka, MN 55305

ULINE
2200 S. Lakeside Drive
Waukegan, IL 60085

United Pipe and Steel Corp.
83 Turnpike Road
Ipswich, MA 01938

Ventilation Control Products, Inc.
1443 Quincy Road
Rumney, NH 03266

W.B. Mason
PO Box 55840
Boston, MA 02205-5840

White Mountain Lumber
PO Box 7
Berlin, NH 03570

Yarde Metals, Inc.
45 Newell Street
Southington, CT 06489

## CERTIFICATE OF CORPORATE RESOLUTIONS AND AUTHORITY
## OF
## ISAACSON STEEL, INC.

I, Arnold P. Hanson, Jr., President of Isaacson Steel, Inc., a New Hampshire corporation (the "Corporation"), hereby certify that:

1.     The resolutions set forth in the attached Schedule of Resolutions were duly and lawfully adopted by the Board of Directors of the Corporation (the "Board") by unanimous consent pursuant to Section 8.21 of the New Hampshire Business Corporation Act, RSA 293-A as amended, ["NHBCA" and "Resolution(s)", respectively] and became effective as of June 10, 2011 at 10:00 a.m. ("Effective Date and Time").

2.     Each of the Resolutions is in full force and effect.

3.     There is no provision in the Certificate of Incorporation, Articles of Incorporation, Bylaws or other incorporation papers of the Corporation which limits the power of the Board to adopt the Resolutions.

IN WITNESS WHEREOF I have executed this Certificate of Corporate Resolutions and Authority hereunto on this date.

Dated: June 13, 2011

Its Duly Authorized
President

C:\Documents and Settings\arnie\Local Settings\Temporary Internet Files\Content.IE5\Q25VW5MV\ISS Corporate Resolutions (00032028).DOC

A

## SCHEDULE OF RESOLUTIONS

This schedule is annexed to, forms and integral part of and is incorporated into the Certificate of Corporate Resolutions as fully as if completely set forth in it.

### RESOLVED:

That in the judgment of the Board, it is desirable and in the best interests of the Corporation, its creditors, stockholders and other interested parties, that a petition is to be filed by the Corporation seeking relief under the provision of Chapter 11, Title 11, United States Code.

### RESOLVED:

That the President of the Corporation is, acting singly, authorized and directed, on behalf of and in the name of the Corporation, to execute and verify a petition substantially in the form set out in the Official Forms of Bankruptcy and to cause the same to be filed with the United States Bankruptcy Court for the District of New Hampshire as soon as practicable.

### RESOLVED:

That the President of this Corporation is hereby authorized to execute and file all petitions, schedules, lists and other papers as soon as practicable and to take any and all action which they deem necessary or proper in connection with the Chapter 11 case.

### RESOLVED:

That the President is hereby authorized and empowered to retain the law firm of William S. Gannon PLLC to assist with the preparation and filing of a petition under Chapter 11 of the Bankruptcy Code and to represent this Corporation in all matters during such Chapter 11 proceedings.

Business Entity



NEW HAMPSHIRE

## Corporation Division

Search
By Business Name
By Business ID
By Registered Agent
Annual Report
File Online

**Date:** 6/3/2011

### Filed Documents
(Annual Report History, View Images, etc.)

## Business Name History

| Name | Name Type |
|---|---|
| ISAACSON STEEL, INC. | Legal |
| ISAACSON STEEL CORPORATION | Prev Legal |

## Corporation - Domestic - Information

**Business ID:** 111209

**Status:** Good Standing

**Entity Creation Date:** 4/6/1987

**Principal Office Address:** 40 JERICHO ROAD,
P.O. BOX 67
BERLIN NH 03570

**Principal Mailing Address:** 40 JERICHO ROAD,
P.O. BOX 67
BERLIN NH 03570

**Last Annual Report Filed Date:** 1/13/2011

**Last Annual Report Filed:** 2011

## Registered Agent

**Agent Name:** Griffin, Steven D

**Office Address:** 40 JERICHO RD
BERLIN NH 03570

**Mailing Address:**

Privacy Policy | Accessibility Policy | Site Map | Contact Us

82 164

32

STATE OF NEW HAMPSHIRE

Filing fee:        $ 25.00                                    Form No. 11
+ License fee:   $ 100.00  (See Section 136 II)          RSA 293-A:54
Total fees       $ 125.00
Use black print or type.
Leave 1" margins both sides.

FILED

APR 6 1987

NEW HAMPSHIRE
SECRETARY OF STATE

ARTICLES OF INCORPORATION
OF
_____Isaacson Steel Corporation_____

THE UNDERSIGNED, ACTING AS INCORPORATOR(S) OF A CORPORATION UNDER
THE NEW HAMPSHIRE BUSINESS CORPORATION ACT, ADOPT(S) THE FOLLOWING
ARTICLES OF INCORPORATION FOR SUCH CORPORATION:

   FIRST: The name of the corporation is Isaacson Steel
        Corporation                                    (Note 1)

   SECOND: The period of its duration is___perpetual_____

   THIRD: The corporation is empowered to transact any and all
lawful business for which corporations may be incorporated under
RSA 293-A and the principal purpose or purposes for which the
corporation is organized are:
   To oversee, transact, develop, manage, assign, transfer,
   lease, mortgage, pledge or otherwise dispose of or turn to
   the account of, deal with all or part of any property of
   the corporation as well as any and all other valid legal
   purposes.

   To conduct the businesses and activities authorized to it in
   such places as it may by its' Board of Directors choose and
   determine, whether within or without the United States of
   America, and in that regard to apply for, procure and execute
   such authorizations, forms, documents and writings, and to
   pay such fees or charges, as may be necessary under the appli-
   cable law of any jurisdiction to the conduct of the corpora-
   tions's business therein;

   To borrow money, and to make and issue notes, bonds, deben-
   tures, obligations and evidences of indebtedness of all kinds,
   whether secured by mortgage, pledge or otherwise, without
   limit as to the amount, and to secure the same by mortgage,
   pledge or otherwise; and generally to make and perform agree-
   ments and contracts of every kind and description, including
   contracts of guaranty and suretyship;

   To lend money for its corporate purposes, invest, reinvest
   its' funds, and take, hold and deal with real and personal
   property as security for the payment of funds so loaned or
   invested; but not to engage in a small loan business;
   [if more space is needed, attach additional sheet(s)]

page 1 of 3

82 164
- 2 -

33

To the same extent as natural persons might or could do, to purchase or otherwise acquire, and to hold, own, maintain, work, develop, sell, lease, exchange, hire, convey, mortgage, or otherwise dispose of and deal in lands and leaseholds, and any interest, estate and rights in real property, and any personal or mixed property, and any franchises, rights, licenses or privileges necessary, convenient or appropriate for any of the purposes herein expressed;

To apply for, obtain, register, purchase, lease or otherwise acquire and to hold, own, use, develop, operate and introduce and to sell, assign, grant licenses or territorial rights in respect to, or otherwise to turn to account or dispose of any copyrights, trademarks, trade names, brands, labels, patent rights, letter patent of the United States or of any other country or government, inventions, improvements and processes, whether used in connection with or secured under letters of patent or otherwise;

To participate with others in any corporation, partnership, limited partnership, joint venture or other association of any kind, or in any transaction, undertaking or arrangement which the participating corporation would have power to conduct by itself, whether or not such participation involves sharing or delegation of control with or to others; and to be an incorporator, promoter or manager of other corporations of any type or kind;

To pay pensions and establish and carry out pension, profit-sharing, stock option, stock purchase, stock bonus, retirement, benefit, incentive and commission plans, trusts and provisions for any and all of its directors, officers and employees, and for any or all of the directors, officers and employees of the corporation's subsidiaries; and to provide insurance for its' benefit on the life of any of its directors, officers or employees, or on the life of any stockholder for the purpose of acquiring at his death, shares of it's stock owned by such stockholder;

To acquire by purchase, subscription or otherwise and to hold for investment or otherwise and to use, sell, assign, transfer, mortgage, pledge or otherwise deal with or dispose of stocks, bonds or any other obligations or securities of any corporation or corporations; to merge or consolidate with any corporation in such manner as may be permitted by law;

To aid in any manner any corporation whose stocks, bonds or other obligations are held or in any manner guaranteed by this corporation or in which this corporation is in any way interested; and to do any and all acts and things for the preservation, protection, improvement or enhancement of the value of any such stock, bonds or other obligations, and while the owner of any such stock, bond or other obligations, to exercise all the rights powers and privileges of ownership therefor, and to exercise

Case: 11-12415 Doc #: 1 Filed: 06/22/11 Desc: Main Document Page 17 of 23

any and all voting powers thereon; and to guarantee the pay-
ment of dividends upon any stock, the principal or interest
or both, of any bonds or other obligations and the perfor-
mance of any contracts;

To enter into, execute and deliver such contracts, agreements,
trust indentures and other documents or instruments reason-
ably restricting the transfer, sale or distribution of the
capital stock of the corporation, providing for a lien or a
right of first refusal in favor of the corporation or of any
of the stock holders with respect to such capital stock and
imposing upon the sale or transfer thereof as may be necessary
to the orderly conduct of the corporation's affairs;

To carry on any other business which may, in the discretion of
the directors, seem capable of being carried on conveniently
in connection with the above, or calculated directly or in-
directly to enhance the value of the company's property or
rights and to do any and all of the different things or any
part thereof as principals and agents, contractors, or other-
wise, and by or through agents or otherwise, and either alone
or in conjunction with others, and generally to attain further
any of the purposes herein set forth or as incidental to the
business of the company or to any of the powers herein specified;
to make, guarantee, (as far as may be permitted by corporations
organized under the business corporation laws), and prepare any
contract of any kind and description and to do any or all other
acts and things and exercise any and all powers which the
corporation or natural person could do or exercise, and which
now or hereafter may be authorized by law;

In furtherance and not in limitation of the foregoing powers
and objects, this corporation shall have all the general powers
conferred by Chapter 293-A of the Revised Statutes Annotated
of New Hampshire as amended, and all other powers necessary,
desirable or incidental fully to effectuate its corporate
objectives;

Notwithstanding any of the foregoing powers, nothing herein
shall empower the corporation to give guarantees of contracts
or obligations or to write contracts, suretyships or guaranty,
the making of which would constitute the doing of an insurance
business under any provisions of New Hampshire law.

35

ARTICLES OF INCORPORATION  82 164   Form No. 11
OF  Isaacson Steel Corporation      (CONT.)

   FOURTH:  Approval, license or permit from another New Hampshire agency, board or commission required prior to receiving a Certificate of Incorporation from the Secretary of State, has been obtained from (Note 2)  None Required

   FIFTH:  The aggregate number of shares which the corporation shall have authority to issue is:  (Note 3)

   CLASS A:  COMMON STOCK - shall have one thousand, (1,000), authorized shares at no par value per share.  This shall be the authorized voting class of stock of the corporation and shall be issued to individuals specified and shall not be transferable without first offering the stock by the holder or the Executor to the corporation for the fair market value at that time.  Transfer of stock is restricted and the applicable qualifications shall be specified on the stock certificates.

   SIXTH:  Provisions, if any, for the limitation or denial of preemptive rights:  (Note 4)

   All pre-emptive rights by shareholders are hereby denied unless otherwise voted by a majority of the Board of Directors in a regular or special meeting of the Board of Directors.

   SEVENTH:  Provisions for the regulation of the internal affairs of the corporation are:  (Note 5)

   NONE.  All internal regulations of the corporation shall be governed by the provisions contained within the By-Laws.

   FIFTH-A:  The Capital Stock will be exempted under N.H. RSA, Chapter 421-B.

4 of 7

82 164                                                                 36

ARTICLES OF INCORPORATION                          Form No. 11
OF Isaacson Steel Corporation                          (cont.)

EIGHTH: The address of the initial registered office of the corporation is Jericho Road, Berlin, New Hampshire
and the name of its initial registered agent at such address is
Russell G. Keene

NINTH: The number of directors constituting the initial board of directors of the corporation is 2 , and the names and addresses of the persons who are to serve as directors until the first annual meeting of shareholders or until their successors are elected and shall qualify are:

| Name | Address |
|------|---------|
| Eli Isaacson | 475 Madison Avenue , Berlin, NH 03570 |
| Russell G. Keene | 517 Second Avenue, Berlin, NH 03570 |

TENTH: The name and address of each incorporator is:

| Name | Address |
|------|---------|
| Eli Isaacson | 475 Madison Avenue , Berlin, NH 03570 |
| Russell G. Keene | 517 Second Avenue, Berlin, NH 03570 |

Dated February 20, 1987

_____
Eli Isaacson
_____
Russell G. Keene
_____
Incorporator(s)
(Note 6)

Mail fee and DUPLICATE ORIGINALS (ORIGINAL SIGNATURES ON BOTH) to: Secretary of State, Rm. 204, State House, Concord, NH 03301-4989

page 5 of 7

Case: 11-12415  Doc # 1  Filed: 06/22/11  Desc: Main Document  Page 20 of 23

ELEVENTH:  The duties, terms of office and the manner of electing the officers
           and directors of this corporation shall be established in the By-Laws
           to be adopted by the corporation; provided however, that all actions
           authorized by RSA 293-A:27 are to be vested in the Board of Directors.

TWELFTH:   The corporation may be dissolved by the decree of the superior court
           pursuant to RSA 293-A:95,II; by the secretary of state, RSA 293-A:95,I;
           by legislative action, RSA Chapter 293-A; or by the act of of dissolution
           by the shareholders, RSA 293-A:84; and by the acts of the corporation
           as provided under RSA 293-A:85, as well as by any other legally valid
           means.

82 '64                                                    38
Isaacson Steel Corporation

Plan of Common Stock Issue of 1,000 shares of one class
under I.R.C. Para. 1244

| | |
|---|---|
| Offering Date: | February 1987 |
| Termination Date: | February 1989 |
| Share Price: | To be determined by vote of Board of Directors |
| Total Issue: | 1,000 shares |
| Capital realized if completely sold: | Contingent on total issue |
| Classes of Stock: | Class A, voting |
| Other classes authorized and outstanding: | None |
| Previous issues of options outstanding: | None |
| Other factors: | |

1.  Original Stock

2.  Valuation of Company, (capital stock and retained earnings at time of offering)

3.  Operations of Company: Company has as yet no income from rents, interest, annuities, dividends or sales of investment securities

Page 7 of 7

 **Isaacson Structural Steel, Inc.**

82 164



JERICHO ROAD • P.O. BOX 67 • BERLIN, NEW HAMPSHIRE 03570-0067 • TELEPHONE 603/752/2044

April 2, 1987

State of New Hampshire
Department of State
Corporation Division
State House - Room 204
Concord, NH    03301

Dear Sir/Madam:

The undersigned, being and acting as President of Isaacson Structural Steel, Inc., authorizes the newly formed corporation per the attached application to use the name of Isaacson Steel, Inc.

Eli L. Isaacson
President

ELI/kf

Enc.

Filed
Date Filed: 02/17/2010
Business ID: 111209
William M. Gardner
Secretary of State

# Isaacson Steel, Inc.

**JERICHO ROAD • P.O. BOX 67 • BERLIN, NEW HAMPSHIRE 03570-0067 • TELEPHONE 603/752/2044**

**1/800/752/2045**

February 16, 2010

State of New Hampshire
Corporate Division
Department of State
107 N. Main Street
Concord, NH 03301-4989

Re: Isaacson Steel Inc.
    Business ID #111209

Please let this letter serve as notification of a change in officers and director's for Isaacson Steel, Inc. effective February 16, 2010. The changes are:

| President: | Arnold P. Hanson, Jr.<br>40 Jericho Road<br>P.O. Box 67<br>Berlin, NH 03570 | Treasurer: | Steven D. Griffin<br>40 Jericho Road<br>P.O. Box 67<br>Berlin, NH 03570 |
|---|---|---|---|
| Vice President: | Steven D. Griffin<br>40 Jericho Road<br>P.O. Box 67<br>Berlin, NH 03570 | Secretary: | Steven D. Griffin<br>40 Jericho Road<br>P.O. Box 67<br>Berlin, NH 03570 |
| Director: | Arnold P. Hanson, Jr.<br>40 Jericho Road<br>P.O. Box 67<br>Berlin, NH 03570 | Director: | Steven D. Griffin<br>40 Jericho Road<br>P.O. Box 67<br>Berlin, NH 03570 |

If you have any questions or require any additional information, please contact Sara Marvin at 603-752-2044 ext. 113.

Sincerely,

Steven D. Griffin
Secretary



State of New Hampshire
Officer/Director-Manager/Member Change 1 Page(s)

T1004844012