# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW HAMPSHIRE

In re:

**ISAACSON STEEL, INC.**

       Debtor

CHAPTER 11

Case No. 11-12415-JMD

## DEBTOR'S FIRST MOTION FOR ORDER AUTHORIZING USE OF CASH COLLATERAL AND PROVISION OF ADEQUATE PROTECTION

The debtor, **Isaacson Steel, Inc.** (the "Debtor" or "ISS"), respectfully moves this Court as follows:

### INTRODUCTION AND REQUESTED RELIEF

1.    Pursuant to Code Sections 105, 363 and 361, the Debtor asks this Court to authorize the Debtor to use the proceeds of its accounts and other cash collateral to pay the costs and expenses listed as estimated in the Budget attached as Exhibit A (the "Budget") for (**a**) the period July 15, 2011 and ending on September 30, 2011 (the "Use Period") in the absence of an objection by one or more of the Record Cash Collateral Lienholders, which is sustained by this Court.

2.    The following exhibits are attached hereto and incorporated herein by reference:

      **a.**  Exhibit A-1      Budget for the July 2011

      **b.**  Exhibit A-2      Budget for the August 2011

      **c.**  Exhibit A-3      Budget for the September 2011

      **d.**  Exhibit B        Steven Griffin's Declaration in Support of this Motion.

| e. | Exhibit C | New Hampshire Secretary of State UCC Lien Report. |
|---|---|---|
| f. | Exhibit D | List of Record Cash Collateral Lienholders. |

3.  Accompanying this Motion is a proposed Order granting the Debtor the relief requested herein, which among other things: **(i)** limits the amount of cash collateral which Debtor may spend during the Use Periods, **(ii)** grants each Record Cash Collateral Lienholder a replacement lien on the Debtor's post-petition cash collateral to the extent such lienholder held a valid pre-petition lien thereon as security for the payment of any loss or diminution in the value thereof resulting from Debtor's post-petition operations as oppposed to pre-petition actions taken or omitted to be taken by a Record Cash Collateral Lienholder, **(iii)** reserves to Debtor the right to contest the validity, perfection, enforceability or value of any lien held or claimed by a Record Cash Collateral Lien Holder for any reason, **(iv)** preserves for the benefit of non-debtor parties to contracts for the sale of fabricated steel and other contracts their rights of recoupment and offset under the Bankruptcy Code and their other privileges, remedies and rights, except as limited by the Bankruptcy Code and **(v)** specifically excludes from the scope of a replacement lien actions arising under Chapter 5 of the Bankruptcy Code and the proceeds thereof. None of the provisions that must be highlighted and justified pursuant to Local Bankruptcy Rule 4001-2(c) are included in the proposed Order.

### JURISDICTION AND PARTIES

4.  On June 22, 2011 (the `Petition Date"), the Debtor commenced its reorganization case by filing with this Court a petition for relief under Chapter 11 of the Bankruptcy Code, 11 U.S.C. §§ 101-1330 (the "Code").

5.  This Court has jurisdiction over this contested matter pursuant to 28 U.S.C. §§ 157 and 1334.

6.     This contested matter constitutes a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

7.     A Committee represented by Daniel Sklar, Esq., Holly Kilibarda, Esq. and Nixon Peabody has been appointed in this case.

8.     On information and belief, the UCC Report and List of Record Cash Collateral Lienholders identifies each person or entity that holds or claims to hold a lien on cash collateral and the address designated by each such person or entity for notice purposes.

## BASIS FOR REQUESTED RELIEF

9.     Debtor is a debtor in possession and trustee. It has for decades operated a profitable steel fabrication business located in Berlin, New Hampshire. Debtor is in possession of its property and is actively and effectively operating and managing its business as debtor in possession pursuant to sections Code Sections 1107 and 1108 of the Code. Debtor regularly and employs as many as 160-175 men and women. Due to a temporary steel shortage, Debtor furloughed a number of employees due to a lack of work, but has started bringing the employees back to work and expects to employ all of them by the end of this week.

10.     "Cash collateral" means and includes for the purposes of this Motion "cash, deposit accounts and other cash equivalents ... in which the estate and an entity other than the estate have an interest, and includes the proceeds ... of property" of the estate, including inventory. Under Code Section 363(c)(2), a debtor may not use cash collateral without the consent of each "entity that has an interest in such cash collateral" or the "court ... authorizes such use."

11.     On the Petition Date, Debtor had **(i)** current, useable inventory valued at approximately $766,108, and **(ii)** pre-petition accounts receivable having a value of approximately $1,866,451 on Debtor's books, exclusive of recoupments, offsets, counterclaims

even if the contracts are completed and the effect of a rejection by Debtor caused by, or resulting from the pre-petition actions of Passumpsic Savings. Without the ability to use cash collateral, Debtor's cash collateral has very little value to Passumpsic Savings or any other Record Cash Collateral Lienholder, if any.

12.      According to the UCC Lien Report, the persons and entities named in such Report and Exhibit hold or claim to hold liens of record in, to or on cash collateral (the "Record Cash Collateral Lienholders").

13.      Only Passumpsic Savings holds a lien of record on pre-petition cash collateral. At this time, Debtor believes based that the Passumpsic Savings Bank holds first priority liens of the pre-petition cash collateral and the other property of estate as security for the payment of its direct claims against Debtor and its claims against Debtor's affiliate, Isaacson Structural Steel, Inc. ("ISSI" or the "Affiliated Debtor"). Passumpsic Savings has asserted a claim far in excess of the total value of the property of the estate. No other Record Cash Collateral Lienholder, including Passumpsic Savings on account of its second in time loan which has the benefit of a guaranty given by SBA, may claim in good faith that it holds an interest in Debtor's interest in the pre-petition cash collateral or any other property of the estate.

14.      Attached to this Motion as Exhibit A is the Budget for the Use Period prepared by Steven Griffin, Debtor's Chief Financial Officer. The Budget includes only costs and expenses, which will be incurred in the ordinary course of the Debtor's on-going business during the Use Period. The Budget projects fairly and accurately the expected results of Debtor's business operations on a cash flow basis during the Use Period based on the information available to the Debtor at this time. The actual results of operations may cause changes in future budgets submitted by Debtor. Without the short-term use of cash collateral, the reorganization of the Debtor will be impossible.

15.      Debtor cannot continue its operations without the use of cash collateral because

like any other operating company, the Debtor must pay its employees and vendors as payroll and invoices become due.

16.     The Budget projects the amount of projected receipts and disbursements as required by LBR 4001-2(d) and shows that Debtor will be able to meet its operating costs and expenses during the Use Periods.

17.     The Budget also shows that Debtor's cash will increase significantly over the Use Period.

18.     The use of cash collateral is essential to an effective reorganization of the Debtor.

19.     Debtor has the ability to reorganize its business and affairs for the benefit of its creditors and equity holders.

20.     Debtor expects to be able to propose a confirmable plan.

21.     Debtor's business and assets have far more value in reorganization than in a liquidation.

22.     Without the ability to meet its payroll, purchase small amounts of inventory and pay the other costs and expenses listed in the Budget, this reorganization will be stopped in its tracks.  Employees and creditors will be irreparably and unnecessarily harmed.  Under the circumstances, this Court should grant Debtor the relief requested herein.

**WHEREFORE**, Debtor respectfully requests this Court to issue and enter the proposed Order attached hereto and grant Debtor such further relief as may prove to be equitable, fair and lawful.

Respectfully submitted,

DATED:  July 8, 2011

/s/ William S. Gannon
William S. Gannon, BNH 01222

Counsel to:

**ISAACSON STEEL, INC.**

WILLIAM S. GANNON, PLLC
889 Elm Street, 4th Floor
Manchester, NH 03101
PH: (603) 621-0833

## CERTIFICATE OF SERVICE

I hereby certify that on this date I served the foregoing pleading on each person named below by causing it to be filed electronically via the CM/ECF filing system or mailed by first-class United States Mail, postage pre-paid, or in such other manner as may be indicated:

All Persons on the attached Service Lists (if any).

DATED:  July 8, 2011

/s/ Beth Venuti
Jeanne Arquette-Koehler
Mary Ann Joyce
Beth Venuti

**APPEARANCES SERVICE LIST**
**In Re: Isaacson Steel, Inc., Chapter 11, Case No. 11-12415-JMD**

Ann Marie Dirsa - **ECF**
Assistant U.S. Trustee

Gregory A. Moffett – **ECF**
For Passumsic Savings Bank

Internal Revenue Service
Special Procedures Function
80 Daniel
PO Box 9502
Portsmouth NH 03802

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia PA 19101-7346

State of New Hampshire
Dept. of Employment Security
Attn: Arnold Rocklin-Weare
32 South Main Street
Concord, NH 03301

**CREDITORS' COMMITTEE SERVICE LIST**
**In re Isaacson Steel, Inc., Chapter 11, BK-11-12415-JMD**

Timothy M. Riley, Trustee
The Eli Isaacson Family Trust
c/o The Harbor Group – Bedford Commons
402 Riverway Place
Bedford, NH 03110
(603) 628-0634 phone
(603) 668-4561 fax
Email: triley@harborgrp.com

Mr. Gerard Bellavance, Secretary
United Steel Erectors, Inc.
P.O. Box 3
Wolcott, VT 05680
(802) 472-6146 phone
fax: none
Email: useigerard@gmail.com

Charles Fenderson, President
Charles Leonard Construction, Inc.
183 Pembroke Road
Concord, NH 03252
(603) 225-0211 phone
(603) 225-0325 fax
Email: charles@charlesleonardinc.com

Mr. Daryll Bridges, Vice President
James F. Stearns Co., Inc.
42 Winter Street
Pembroke, MA 02359
(781) 829-0098 phone
(781) 829-0092 fax
Email: dbridges@jfstearns.com

Mr. Kevin Toto, Credit Manager
Namasco Corporation
760 Newfield Street
Middletown, CT 06457
(860) 398-5224 phone
(860) 398-4178 fax
Email: ktoto@namasco.com


**ISAACSON STEEL, INC.**
**Case #11-12415**
**Cash Flow Budget**
**July 6, 2011 to September 30, 2011**
**PROJECTION**

| | | JULY 2011 | | |
|---|---|---|---|---|
| | W/E 7/8/2011 | W/E 7/15/2011 | W/E 7/22/2011 | W/E 7/29/2011 |
| Beginning Balance 7/6/2011 | $ 236,188 | $ 196,114 | $ 57,853 | $ 11,819 |
| **Source of Funds** | | | | |
| Receivables | $ - | $ 46,223 | $ 51,358 | $ 111,082 |
| **Total Source of Funds** | $ - | $ 46,223 | $ 51,358 | $ 111,082 |
| **Less: Cash Disbursed** | $ 40,074 | $ 184,484 | $ 97,392 | $ 81,892 |
| **Cash Balance** | $ 196,114 | $ 57,853 | $ 11,819 | $ 41,008 |
| **Cash Disbursed** | | | | |
| **Insurance** | $ 6,360 | $ 11,350 | $ 1,350 | $ 1,350 |
| **Payroll** | | | | |
| Payroll - Gross | $ 15,692 | $ 13,969 | $ 13,969 | $ 13,969 |
| Payroll Tax Liability - EE & ER | $ 1,111 | $ 974 | $ 974 | $ 974 |
| **Other Expenses** | | | | |
| Material Purchases | $ - | $ 151,000 | $ 77,500 | $ 50,000 |
| Auditing Fees | $ - | $ - | $ - | $ 12,000 |
| Supplies | $ 1,300 | $ 1,300 | $ 1,300 | $ 1,300 |
| Repairs | $ 1,200 | $ 1,200 | $ 1,200 | $ 1,200 |
| Electricity | $ - | $ - | $ - | $ - |
| Rent | $ 12,547 | | | |
| Freight | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 |
| Office Supplies | $ 100 | $ 100 | $ 100 | $ 100 |
| Note- Caterpillar Access | $ 765 | | | |
| Note - TCF Capital Lease | | $ 583 | | |
| Note - Ford Motor Credit | | $ 791 | | |
| Note - GoWest Equipment Leasing | | $ 610 | | |
| Note - Northway | | $ 1,255 | | |
| Note - Citizens Auto Finance | | $ 352 | | |
| Total Cash Out | $ 40,074 | $ 184,484 | $ 97,392 | $ 81,892 |



EXHIBIT

A2

**ISAACSON STEEL, INC.**
**Case #11-12415**
**Cash Flow Budget**
**July 6, 2011 to September 30, 2011**
**PROJECTION**

| | AUGUST 2011 | | | |
| --- | --- | --- | --- | --- |
| | W/E 8/5/2011 | W/E 8/12/2011 | W/E 8/19/2011 | W/E 8/26/2011 |
| Beginning Balance 7/6/2011 | $ 41,008 | $ 74,766 | $ 98,333 | $ 149,852 |
| **Source of Funds** | | | | |
| Receivables | $ 126,411 | $ 126,411 | $ 126,411 | $ 126,411 |
| **Total Source of Funds** | $ 126,411 | $ 126,411 | $ 126,411 | $ 126,411 |
| **Less: Cash Disbursed** | $ 92,653 | $ 102,844 | $ 74,893 | $ 64,893 |
| **Cash Balance** | $ 74,766 | $ 98,333 | $ 149,852 | $ 211,370 |
| **Cash Disbursed** | | | | |
| **Insurance** | $ 7,763 | $ 1,350 | $ 11,350 | $ 1,350 |
| **Payroll** | | | | |
| Payroll - Gross | $ 13,969 | $ 15,692 | $ 13,969 | $ 13,969 |
| Payroll Tax Liability - EE & ER | $ 974 | $ 1,111 | $ 974 | $ 974 |
| **Other Expenses** | | | | |
| Material Purchases | $ 50,000 | $ 77,500 | $ 45,000 | $ 45,000 |
| Auditing Fees | $ - | $ - | $ - | $ - |
| Supplies | $ 1,300 | $ 1,300 | $ 1,300 | $ 1,300 |
| Repiairs | $ 1,200 | $ 1,200 | $ 1,200 | $ 1,200 |
| Electricity | $ 3,800 | $ - | $ - | $ - |
| Rent | $ 12,547 | | | |
| Freight | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 |
| Office Supplies | $ 100 | $ 100 | $ 100 | $ 100 |
| Note- Caterpillar Access | | | | |
| Note - TCF Capital Lease | | $ 583 | | |
| Note - Ford Motor Credit | | $ 791 | | |
| Note - GoWest Equipment Leasing | | $ 610 | | |
| Note - Northway | | $ 1,255 | | |
| Note - Citizens Auto Finance | | $ 352 | | |
| Total Cash Out | $ 92,653 | $ 102,844 | $ 74,893 | $ 64,893 |



EXHIBIT

tabbies*

A3

**ISAACSON STEEL, INC.**
**Case #11-12415**
**Cash Flow Budget**
**July 6, 2011 to September 30, 2011**
**PROJECTION**

SEPTEMBER 2011

| | W/E 9/2/2011 | W/E 9/9/2011 | W/E 9/16/2011 | W/E 9/23/2011 | W/E 9/30/2011 |
|---|---|---|---|---|---|
| Beginning Balance 7/6/2011 | $ 211,370 | $ 229,737 | $ 296,004 | $ 323,540 | $ 364,667 |
| **Source of Funds** | | | | | |
| Receivables | $ 91,020 | $ 91,020 | $ 91,020 | $ 91,020 | $ 91,020 |
| **Total Source of Funds** | $ 91,020 | $ 91,020 | $ 91,020 | $ 91,020 | $ 91,020 |
| **Less: Cash Disbursed** | $ 72,653 | $ 24,753 | $ 63,484 | $ 49,893 | $ 68,853 |
| **Cash Balance** | $ 229,737 | $ 296,004 | $ 323,540 | $ 364,667 | $ 386,833 |
| **Cash Disbursed** | | | | | |
| **Insurance** | $ 7,763 | $ 1,350 | $ 11,350 | $ 1,350 | $ 7,763 |
| **Payroll** | | | | | |
| Payroll - Gross | $ 13,969 | $ 15,692 | $ 13,969 | $ 13,969 | $ 13,969 |
| Payroll Tax Liability - EE & ER | $ 974 | $ 1,111 | $ 974 | $ 974 | $ 974 |
| **Other Expenses** | | | | | |
| Material Purchases | $ 30,000 | $ 3,000 | $ 30,000 | $ 30,000 | $ 30,000 |
| Auditing Fees | $ - | $ - | $ - | $ - | $ - |
| Supplies | $ 1,300 | $ 1,300 | $ 1,300 | $ 1,300 | $ 1,300 |
| Repairs | $ 1,200 | $ 1,200 | $ 1,200 | $ 1,200 | $ 1,200 |
| Electricity | $ 3,800 | $ - | $ - | $ - | $ - |
| Rent | $ 12,547 | | | | $ 12,547 |
| Freight | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 |
| Office Supplies | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 |
| Note- Caterpillar Access | | | | | |
| Note - TCF Capital Lease | | | $ 583 | | |
| Note - Ford Motor Credit | | | $ 791 | | |
| Note - GoWest Equipment Leasing | | | $ 610 | | |
| Note - Northway | | | $ 1,255 | | |
| Note - Citizens Auto Finance | | | $ 352 | | |
| Total Cash Out | $ 72,653 | $ 24,753 | $ 63,484 | $ 49,893 | $ 68,853 |



EXHIBIT
B
tabbies

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW HAMPSHIRE

In re:                                          CHAPTER 11

**Isaacson Steel, Inc.**                        Case No. 11-12415-JMD

      Debtor

## STEVEN GRIFFIN'S DECLARATION IN SUPPORT OF
## DEBTOR'S FIRST DAY MOTION FOR ORDER
## AUTHORIZING USE OF CASH COLLATERAL AND
## PROVISION OF ADEQUATE PROTECTION

I, **Steven Griffin, Chief Financial Officer of Debtor**, do hereby declare and state, pursuant to 28 U.S.C. § 1746, under penalties of perjury that:

**1.**    I am the Chief Financial Officer of Debtor and have personal knowledge of the matters set forth in this Declaration, except in those instances in which the matter set forth herein is asserted upon information and belief. In each such instance, the matter so asserted is based upon information, which I believe to be true.

**2.**    I have signed this Declaration with the understanding that it will be submitted to the United States Bankruptcy Court for the District of New Hampshire in support of the Debtor's First Day Motion For Order Authorizing Use Of Cash Collateral And Provision Of Adequate Protection (the "Motion").

**3.**    The Office of the United States Trustee has appointed an Official Committee of Unsecured Creditors.

**4.**    As required by Local Bankruptcy Rule 4001-2:

    **A.**    The names and addresses of the members of the Creditors' Committee are set forth in the Certificate of Service attached to the Motion.

    **B.**    The names and addresses of the persons holding or claiming to hold secured claims against the Debtor, as shown by the Debtor's business records, are set forth in Exhibit C to the Motion.

    **C.**    On July 7, 2011, the Debtor gave all of the persons named in Exhibit D or their counsel when known to the Debtor notice of the filing of the Motion by telephone, e-mail or

fax using their last known telephone or fax numbers or e-mail addresses or first class United States Mail, postage pre-paid in all other cases. Where possible, the Debtor sent copies of a draft of the Motion substantially similar in form and substance to this Motion.

D. I am familiar with the Debtor's business operations, including revenue and cost and expense.

E. The Budget attached to the Motion as Exhibit A shows the costs and expenses to be paid during the periods between July 15, 2011 and September 30, 2011.

F. Based on my experience, the current business climate, circumstances, conditions and facts, (a) the Budget is fair, reasonable and includes no more money than reasonably necessary to continue operations through September 30, 2011 and (b) the Debtor will be able to meet and satisfy the Debtor's adequate protection obligations under the order approving the Motion.

5. To the best of my knowledge and belief, the statements made by me herein are complete and true in all material respects.

Respectfully submitted,

Dated: July 7, 2011

Steven Griffin



EXHIBIT

_C_



# State of New Hampshire
# Department of State
### William M. Gardner
## Liens Filing Search Results Report
June 03, 2011

**Date Searched:** 06/03/2011 03:13 PM    **Search Criteria:** Filing Status: UnLapsed Only; Include
**Searched By:** 12376                                    Records: Exact Match; Org Name:
**Filing Chains:** 18                                          Isaacson Structural Steel

**Good Through Filing Date:** 06/01/2011 11:59 PM

---

**Filing Chain #:** 1                                        **Lapse Date:** 12/28/2015
**Original File #:** 101229009641                    **Alt Filing Type:**

| File Number | Filing Date | Type | Page Count |
|---|---|---|---|
| 101229009641 | 12/28/2010 4:30 PM | UCC1 | 1 |

**Debtor(s):**

Commercial:     isaacson structural steel, inc
                        40 jericho road
                        Berlin, NH 03570

**Secured Parties:**

Commercial:     passumpsic savings bank
                        81 meadow street
                        Littleton, NH 03561

---

**Filing Chain #:** 2                                        **Lapse Date:** 08/27/2013
**Original File #:** 626017                            **Alt Filing Type:**

| File Number | Filing Date | Type | Page Count |
|---|---|---|---|
| 626017 | 8/27/2003 4:30 PM | UCC1 | 1 |

**Debtor(s):**

Commercial:     ISAACSON STRUCTURAL STEEL, INC.
                        40 JERICHO RD
                        BERLIN, NH 03570

**Secured Parties:**

Commercial:     TCF LEASING, INC.
                        11100 WAYZATA BLVD SUITE 801
                        MINNETONKA, MN

| File Number | Filing Date | Type | Page Count |
|---|---|---|---|
| 20080015425J | 7/3/2008 6:01 PM | Continuation | 1 |

**Date Searched:** 06/03/2011 03:13 PM    **Search Criteria:** Filing Status: UnLapsed Only; Include
**Searched By:**    12376                                        Records: Exact Match; Org Name:
**Filing Chains:**    18                                            Isaacson Structural Steel

**Good Through Filing Date:**   06/01/2011 11:59 PM

Debtor(s):

Secured Parties:

---

| **Filing Chain #:**   3 | **Lapse Date:**   12/19/2013 |
|---|---|
| **Original File #:**   632158 | **Alt Filing Type:** |

| File Number | Filing Date | Type | Page Count |
|---|---|---|---|
| 632158 | 12/19/2003 4:30 PM | UCC1 | 13 |

**Debtor(s):**

Commercial:    ISAACSON STRUCTURAL STEEL, INC.
40 JERICHO ROAD
BERLIN, NH 03570

**Secured Parties:**

Commercial:    PASSUMPSIC SAVINGS BANK
497 RAILROAD STREET
SAINT JOHNSBURY, VT

| File Number | Filing Date | Type | Page Count |
|---|---|---|---|
| 20080026608C | 11/25/2008 4:30 PM | Continuation | 1 |

Debtor(s):

Secured Parties:

---

| **Filing Chain #:**   4 | **Lapse Date:**   08/07/2011 |
|---|---|
| **Original File #:**   20060019379J | **Alt Filing Type:**   UCC |

| File Number | Filing Date | Type | Page Count |
|---|---|---|---|
| 20060019379J | 8/7/2006 4:30 PM | UCC1 | 1 |

**Debtor(s):**

Commercial:    ISAACSON STRUCTURAL STEEL, INC.
40 JERICHO ROAD
Berlin, NH 03570

**Secured Parties:**

Commercial:    CEDC-NCIC PARTNERSHIP
C/O NCIC, 347 PORTLAND STREET
St. Johnsbury, VT 05819

---

Date Searched: 06/03/2011 03:13 PM   Search Criteria: Filing Status: UnLapsed Only; Include
Searched By:   12376                                     Records: Exact Match; Org Name:
Filing Chains:  18                                       Isaacson Structural Steel

Good Through Filing Date:  06/01/2011 11:59 PM

---

| Filing Chain #: | 5 | | Lapse Date: | 11/06/2011 |
| Original File #: | 20060026442H | | Alt Filing Type: | UCC |

| File Number | Filing Date | Type | Page Count |
|---|---|---|---|
| 20060026442H | 11/6/2006 4:30 PM | UCC1 | 1 |

**Debtor(s):**

Commercial:   Isaacson Structural Steel, Inc.
PO Box 67
Berlin, NH 03570

**Secured Parties:**

Commercial:   North Star Leasing
PO Box 4505
Burlington, VT 05405

---

| Filing Chain #: | 6 | | Lapse Date: | 11/22/2011 |
| Original File #: | 20060027898C | | Alt Filing Type: | UCC |

| File Number | Filing Date | Type | Page Count |
|---|---|---|---|
| 20060027898C | 11/22/2006 4:03 PM | UCC1 | 1 |

**Debtor(s):**

Commercial:   ISAACSON STRUCTURAL STEEL, INC.
40 JERICHO ROAD
BERLIN, NH 03570

**Secured Parties:**

Commercial:   GREATAMERICA LEASING CORPORATION
PO BOX 609
CEDAR RAPIDS, IA 52406-0609

---

| Filing Chain #: | 7 | | Lapse Date: | 08/29/2012 |
| Original File #: | 20070020381E | | Alt Filing Type: | UCC |

| File Number | Filing Date | Type | Page Count |
|---|---|---|---|
| 20070020381E | 8/29/2007 4:30 PM | UCC1 | 1 |

**Debtor(s):**

Commercial:   Isaacson Structural Steel, Inc.
40 Jericho Road
Berlin, NH 03570

**Secured Parties:**

Commercial:   NORTHWAY BANK
3424 White Mountain Highway

**Date Searched:** 06/03/2011 03:13 PM    **Search Criteria:** Filing Status: UnLapsed Only; Include
**Searched By:** 12376                                      Records: Exact Match; Org Name:
**Filing Chains:** 18                                       Isaacson Structural Steel

**Good Through Filing Date:** 06/01/2011 11:59 PM

North Conway, NH 03860

---

**Filing Chain #:** 8                                    **Lapse Date:** 01/16/2013
**Original File #:** 20080001190B               **Alt Filing Type:** UCC

| File Number | Filing Date | Type | Page Count |
|---|---|---|---|
| 20080001190B | 1/16/2008 4:03 PM | UCC1 | 1 |

**Debtor(s):**

Commercial:    ISAACSON STRUCTURAL STEEL, INC.
               PO BOX 67
               Berlin, NH 03570

**Secured Parties:**

Commercial:    PASSUMPSIC SAVINGS BANK
               81 MEADOW STREET
               Littleton, NH 03561

---

**Filing Chain #:** 9                                      **Lapse Date:** 03/05/2013
**Original File #:** 20080004893F               **Alt Filing Type:** UCC

| File Number | Filing Date | Type | Page Count |
|---|---|---|---|
| 20080004893F | 3/5/2008 6:23 PM | UCC1 | 1 |

**Debtor(s):**

Commercial:    ISAACSON STRUCTURAL STEEL, INC.
               40 JERICHO ROAD
                BERLIN, NH 03570

**Secured Parties:**

Commercial:    Wells Fargo Equipment Finance, Inc.
               733 Marquette Avenue, Suite 700
               Minneapolis, MN 55402

---

**Filing Chain #:** 10                                  **Lapse Date:** 11/03/2014
**Original File #:** 20090021717M               **Alt Filing Type:** UCC

| File Number | Filing Date | Type | Page Count |
|---|---|---|---|
| 20090021717M | 11/3/2009 4:30 PM | UCC1 | 5 |

**Debtor(s):**

Commercial:    Isaacson Structural Steel, Inc.
               40 Jericho Road
                Berlin, NH 03570

**Secured Parties:**

---

Commercial:     Kaleida Health
100 High Street
Buffalo, NY 14203

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Filing Chain #:**   11                                            **Lapse Date:**   12/11/2014
**Original File #:**   20090024487H                    **Alt Filing Type:**   UCC

| **File Number** | **Filing Date** | **Type** | **Page Count** |
|---|---|---|---|
| 20090024487H | 12/11/2009 4:30 PM | UCC1 | 2 |

**Debtor(s):**

Commercial:     Isaacson Structural Steel, Inc.
40 Jericho Road
Berlin, NH 03570

**Secured Parties:**

Commercial:     Kaleida Health
100 High Street
Buffalo, NY 14203

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Filing Chain #:**   12                                            **Lapse Date:**   01/26/2015
**Original File #:**   20100001634J                     **Alt Filing Type:**   UCC

| **File Number** | **Filing Date** | **Type** | **Page Count** |
|---|---|---|---|
| 20100001634J | 1/26/2010 9:19 AM | UCC1 | 1 |

**Debtor(s):**

Commercial:     Isaacson Structural Steel, Inc.
P.O. Box 67
Berlin, NH 03570

**Secured Parties:**

Commercial:     Suffolk/Eckman Joint Venture
163 Hancock Street
Manchester, NH 03101

| **File Number** | **Filing Date** | **Type** | **Page Count** |
|---|---|---|---|
| 20100003633K | 2/19/2010 10:41 AM | Amendment (Collateral) - Add | 1 |

**Debtor(s):**

**Secured Parties:**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Filing Chain #:**   13                                            **Lapse Date:**   03/11/2015
**Original File #:**   20100005339E                    **Alt Filing Type:**   UCC

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

---

| File Number | Filing Date | Type | Page Count |
|---|---|---|---|
| 20100005339E | 3/11/2010 4:30 PM | UCC1 | 1 |

**Debtor(s):**

| Commercial: | ISAACSON STRUCTURAL STEEL, INC. |
|---|---|
| | 40 JERICHO ROAD (PO BOX 67) |
| | Berlin, NH 03570-0067 |

**Secured Parties:**

| Commercial: | NORTHWAY BANK |
|---|---|
| | 3424 WHITE MOUNTAIN HIGHWAY |
| | North Conway, NH 03860 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| **Filing Chain #:** 14 | **Lapse Date:** 03/18/2015 |
|---|---|
| **Original File #:** 20100005880F | **Alt Filing Type:** UCC |

| File Number | Filing Date | Type | Page Count |
|---|---|---|---|
| 20100005880F | 3/18/2010 4:30 PM | UCC1 | 3 |

**Debtor(s):**

| Commercial: | Isaacson Structural Steel, Inc. |
|---|---|
| | 40 Jericho Road |
| | Berlin, NH 03570 |

**Secured Parties:**

| Commercial: | Kaleida Health |
|---|---|
| | 100 High Street |
| | Buffalo, NY 14203 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| **Filing Chain #:** 15 | **Lapse Date:** 03/30/2015 |
|---|---|
| **Original File #:** 20100006734E | **Alt Filing Type:** UCC |

| File Number | Filing Date | Type | Page Count |
|---|---|---|---|
| 20100006734E | 3/30/2010 4:30 PM | UCC1 | 2 |

**Debtor(s):**

| Commercial: | Isaacson Structural Steel, Inc. |
|---|---|
| | 40 Jericho Road |
| | Berlin, NH 03570 |

**Secured Parties:**

| Commercial: | Kaleida Health |
|---|---|
| | 100 High Street |
| | Buffalo, NY 14203 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

---

**Filing Chain #:** 16                          **Lapse Date:** 05/12/2015
**Original File #:** 20100010368B               **Alt Filing Type:** UCC

| File Number | Filing Date | Type | Page Count |
|---|---|---|---|
| 20100010368B | 5/12/2010 4:30 PM | UCC1 | 2 |

**Debtor(s):**

Commercial:    Isaacson Structural Steel, Inc.
40 Jericho Road
Berlin, NH 03570

**Secured Parties:**

Commercial:    Kaleida Health
100 High Street
Buffalo, NY 14203

---

**Filing Chain #:** 17                          **Lapse Date:** 05/28/2015
**Original File #:** 20100011983G               **Alt Filing Type:** UCC

| File Number | Filing Date | Type | Page Count |
|---|---|---|---|
| 20100011983G | 5/28/2010 4:30 PM | UCC1 | 2 |

**Debtor(s):**

Commercial:    Isaacson Structural Steel, Inc.
40 Jericho Road
Berlin, NH 03570

**Secured Parties:**

Commercial:    Kaleida Health
100 High Street
Buffalo, NY 14203

---

**Filing Chain #:** 18                          **Lapse Date:** 12/16/2015
**Original File #:** 101216002056               **Alt Filing Type:** UCC

| File Number | Filing Date | Type | Page Count |
|---|---|---|---|
| 101216002056 | 12/16/2010 11:00 AM | UCC1 | 1 |

**Debtor(s):**

Commercial:    Isaacson Structural Steel, Inc.
40 Jericho Road
Berlin, NH 03570

**Secured Parties:**

Commercial:    Infra-Metals Co.
8 Pent Highway

Wallingford, CT 06492

EXHIBIT

_D_____

tabbies®

| Secured Party | Address | | Filing Date | Original File # |
|---|---|---|---|---|
| Passumpsic Savings Bank | 81 Meadow Street | Littleton, NH 03561 | 12/28/2010 | 10122900389 |
| Passumpsic Savings Bank | c/o Preti Flaherty | P.O. Box 1318 | Concord, NH 03302-1318 | 12/19/2003 | 632157 |
| Passumpsic Savings Bank | c/o Preti Flaherty | P.O. Box 1318 | Concord, NH 03302-1318 | 12/19/2003 | 632159 |
| Passumpsic Savings Bank | c/o Preti Flaherty | P.O. Box 1318 | Concord, NH 03302-1318 | 5/12/2004 | 639034 |
| Passumpsic Savings Bank | c/o Preti Flaherty | P.O. Box 1318 | Concord, NH 03302-1318 | 6/1/2004 | 640177 |
| Passumpsic Savings Bank | c/o Preti Flaherty | P.O. Box 1318 | Concord, NH 03302-1318 | 3/8/2006 | 20060005407F |