# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW HAMPSHIRE

In re:                                                                                          Bk. No. 11-12415-JMD
                                                                                         Bk. No. 11-12416-JMD
                                                                                         Jointly Administered
                                                                                         Chapter 11

Isaacson Steel, Inc.,
Isaacson Structural Steel, Inc.,

       Debtor(s)

## ORDER OF THE COURT

Hearing Date:        7/19/2011

Nature of Proceeding:   **PASSUMPSIC SAVINGS BANK'S MOTION TO PROHIBIT ISAACSON STRUCTURAL STEEL, INC.'S CONTINUED USE OF CASH COLLATERAL**  (Court Doc. No. 65)

Outcome of Hearing:   Motion to Prohibit Use of Cash Collateral is denied. Parties to submit agreement/proposed order as to cash collateral on or before July 21, 2011

IT IS SO ORDERED:

/s/ J. Michael Deasy       7/19/2011

J. Michael Deasy
Bankruptcy Judge