UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re: | CHAPTER 11 |
| **Isaacson Steel, Inc.** | Case No. 11-12415-JMD |
| **Isaacson Structural Steel, Inc.** | Case No. 11-12416-JMD |
| Debtors | Jointly Administered |

ORDER ON
**DEBTOR'S MOTION FOR ENTRY OF ORDER DEEMING UTILITIES ADEQUATELY ASSURED OF FUTURE PERFORMANCE AND ESTABLISHING PROCEDURE FOR DETERMINING ADEQUATE ASSURANCES PURSUANT TO 11 U.S.C. § 366**

[DOC NO. 30]

Upon the Motion referenced in the caption of this Order (the "Motion") and having (**a**) considered the Motion and the Objection, (**b**) heard the parties who appeared at the hearing, (**c**) considered the evidence presented and arguments made during the hearing on the Motion and Objection and (**d**) given this matter due deliberation and for good cause shown; it is hereby found and ordered with respect to Debtor, **Isaacson Steel, Inc.** that:

1. Except as otherwise defined herein, all words, terms and phrases defined in the Motion shall have and be given the same meaning when used herein.

2. The Debtor shall pay on a timely basis all undisputed, post-petition invoices with for utility services rendered by the Utility Companies, except for Public Service Company of New Hampshire with respect to which a separate order will be entered by the Court (the "Subject Utility Companies").

3. Pending the further order or orders of this Court, no Subject Utility Company may discontinue, alter, terminate or refuse service on account of unpaid pre-petition charges, or discriminating against the Debtor, or require the payment of a deposit or receipt of other security in connection with any unpaid prepetition charges for utility services furnished to the Debtor as long as the Debtor complies with the provisions of this order.

4. The Debtor shall be, and hereby is authorized and empowered to take all actions necessary to implement the relief granted in this Order;

5. This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

  **6.**  This Order shall become effective on the date hereof.

Dated:   July 20, 2011      /s/ J. Michael Deasy
                  J. Michael Deasy, Bankruptcy Judge