FEDERAL I.D. NO. 16-0764720

# Nixon Peabody LLP
Attorneys at Law
900 Elm Street
Manchester, NH 03101
TEL: (603) 628-4000
FAX: (603) 628-4040

August 12, 2013

Official Committee of Unsecured Creditor
c/o Daryll Bridges, Chairman
James F. Stearns Co., Inc.
42 Winter Street
Pembroke, MA 02359

Invoice No. 9498485
Account: 062326
Sklar, Daniel W.
Terms: Due Upon Receipt

**FOR PROFESSIONAL SERVICES RENDERED through July 31, 2013, including:**

MATTER NO.: 000002     ISAACSON STEEL BANKRUPTCIES

**For Professional Fees:**

| Date | Timekeeper | Hours | Description of Services |
|---|---|---|---|
| 03/28/12 | H. Kilibarda | 0.40 | Work to prepare Second Application for Fees and Expenses. |
| 03/29/12 | H. Kilibarda | 0.30 | Prepare e-mail update to the Committee. |
| 03/29/12 | D. Sklar | 0.30 | Complete final review and revisions to Second Fee Application. |
| 03/30/12 | D. Sklar | 0.30 | Review recent pleadings (.2). Preparation for fee application hearings (.1). |
| 04/02/12 | H. Kilibarda | 1.00 | Attend hearing on Fee Applications. Prepare Order on Fee Application filed by Mesirow. |
| 04/03/12 | D. Sklar | 0.50 | Review revisions to Sales Order and e-mails from Attorney Boothby. |
| 04/04/12 | H. Kilibarda | 0.20 | Telephone call from D. Cole regarding Proof of Claim for United Steel Erectors. |
| 04/04/12 | D. Sklar | 0.30 | Review current pleadings and notices (.2). E-mails with W. Gannon (.1). |
| 04/18/12 | D. Sklar | 1.00 | Telephone conference with H. Kilibarda regarding claims against secured creditors and preferences. |
| 04/26/12 | D. Sklar | 0.40 | Telephone conference with R. Levine regarding case status and possible conversion (.1). Telephone conference with R. Wexler regarding final reports and expenses (.3). |
| 04/30/12 | H. Kilibarda | 0.20 | Telephone call to W. Gannon regarding Chapter 5 claims. E-mail correspondence with D. Sklar regarding the same. |
| 04/30/12 | H. Kilibarda | 0.30 | E-mail correspondence regarding fees and allocation of carve-out among professional fees. |
| 05/01/12 | D. Sklar | 1.00 | Prepare for and attend hearing on Interim Fee Application (.3). Memo from H. Kilibarda regarding status of claim |

Nixon Peabody LLP
Invoice # 9498485    Page 2

| Date | Timekeeper | Hours | Description of Services |
|---|---|---|---|
| | | | enforcement (.2). Review multiple e-mails and spreadsheets from Attorney Boothly regarding sale proceeds (.5). |
| 05/03/12 | H. Kilibarda | 0.20 | E-mail correspondence with E. Jeffery regarding Motion to Extend Time. |
| 05/07/12 | D. Sklar | 0.50 | Review multiple e-mails to and from W. Gannon concerning price adjustment for missing tools and steel. |
| 05/08/12 | D. Sklar | 0.70 | Review e-mails from J. Boothly (.2). Review First Amendment to Purchase Agreement and Release (.3). Review current pleadings (.2). |
| 05/08/12 | D. Sklar | 0.10 | Telephone conference with Attorney Boothly regarding assent to Motion to Approve Amendment. |
| 05/09/12 | D. Sklar | 0.50 | Review numerous e-mails relating to asset sale closing and disbursement of funds. |
| 05/10/12 | H. Kilibarda | 0.20 | Prepare e-mail to Committee regarding ISSI preferential payments. |
| 05/10/12 | D. Sklar | 0.20 | Review e-mails from Attorney Boothby regarding final funding of closing and allocation of proceeds. |
| 06/26/12 | D. Sklar | 0.30 | E-mails with E. Jeffery regarding flow of remaining funds and related costs and fees and prepare for meeting on July 29, 2012. |
| 06/27/12 | D. Sklar | 0.20 | E-mails with R. Wexler and Attorney Jeffery regarding meeting of all counsel regarding liquidation on remaining assets. |
| 06/28/12 | D. Sklar | 0.40 | E-mails from R. Wexler to schedule meeting and distribute financial reports (.1). Review reports and accounting of debtors operations (.3). |
| 06/29/12 | D. Sklar | 1.30 | Telephonically attend settlement conference with Attorneys Marcus, Moffet, Gannon, Jeffries and R. Wexler. |
| 07/10/12 | H. Kilibarda | 1.00 | Review and analysis of Chapter 7 Voluntary Petition filed by S. Griffin, with detailed Schedules thereto. Prepare e-mail to Committee members regarding the same. |
| 07/10/12 | D. Sklar | 0.20 | Review Tron Fee Application and Trustee's Objection. |
| 07/16/12 | H. Kilibarda | 0.40 | Work to determine deadline for filing Chapter 5 claims. E-mail correspondence with D. Sklar regarding the same. |
| 07/23/12 | D. Sklar | 0.50 | Review e-mails by and between counsel for Turner and secured creditors (.2). Review Stipulation for Reserve Account (.3). |
| 08/06/12 | D. Sklar | 0.30 | Review Memo and e-mails between counsel for secured lenders. |
| 08/24/12 | H. Kilibarda | 0.30 | Correspondence regarding Chapter 5 claims. |
| 08/31/12 | D. Sklar | 0.70 | Review and revise Settlement Agreement with Turner Construction (.6). E-mail to all counsel (.1). |
| 09/04/12 | H. Kilibarda | 0.30 | Review and analysis of Debtors' Application to Employ Verdolino & Lowey, P.C. |
| 09/04/12 | H. Kilibarda | 0.70 | Review and analysis of e-mail correspondence and pleadings relevant to settlement with Turner Construction |

Nixon Peabody LLP
Invoice # 9498485     Page 3

| Date | Timekeeper | Hours | Description of Services |
|---|---|---|---|
| | | | in preparation for meeting with Debtors' counsel. |
| 09/04/12 | D. Sklar | 0.40 | Review draft complaint (.2).  Prepare for conference with H. Kilibarda and B. Gannon regarding Turner (.2). |
| 09/05/12 | H. Kilibarda | 1.50 | Attend meeting with D. Sklar, W. Gannon and B. Venuti to discuss Chapter 5 claims and other matters. |
| 09/05/12 | H. Kilibarda | 0.40 | Review correspondence regarding notice to D&O insurance carrier and reservation of rights issued by the carrier. |
| 09/05/12 | D. Sklar | 1.80 | Conference with W. Gannon and H. Kilibarda to review D&O Claim, Turner Settlement and Section 553 claims against secured lender. |
| 09/05/12 | D. Sklar | 0.20 | E-mail from R. Wexler regarding storage of records and computers. |
| 09/14/12 | H. Kilibarda | 0.20 | E-mail correspondence with W. Gannon and D. Sklar regarding Chapter 5 claims. |
| 09/14/12 | D. Sklar | 0.60 | Telephone conference with H. Kilibarda (.1).  E-mails to and from W. Gannon and H. Kilibarda (.3).  Review of Code Section 553 regarding set-off recapture claims (.2). |
| 09/17/12 | H. Kilibarda | 0.30 | Review and analysis of proposed Stipulation of Settlement among BFA, Turner Construction, and the Debtors. |
| 09/17/12 | H. Kilibarda | 0.80 | Review and analysis of debtors' insurance policy. |
| 09/18/12 | H. Kilibarda | 0.20 | Telephone call from W. Gannon regarding negotiation of Turner Construction claim. |
| 09/19/12 | H. Kilibarda | 0.30 | Review e-mail correspondence regarding settlement agreement concerning reserve fund. |
| 09/19/12 | D. Sklar | 0.40 | E-mails with Attorney Jeffery and review Joint Motion to Extend Deadlines. |
| 09/20/12 | D. Sklar | 0.60 | E-mails and telephone conference with W. Gannon (.2).  E-mails with H. Kilibarda (.1).  Review of preference period bank statements regarding 553 preference claim against bank (.3). |
| 09/21/12 | D. Sklar | 0.50 | E-mail from W. Gannon (.1).  Review draft Complaint against Passumpsic Bank for set-off and preferences (.4). |
| 09/23/12 | H. Kilibarda | 1.00 | Revise Code Section 553 Complaint against Passumpsic Savings Bank. |
| 09/26/12 | H. Kilibarda | 0.20 | E-mail correspondence regarding Chapter 5 claims. |
| 09/27/12 | H. Kilibarda | 0.70 | Meeting with W. Gannon and B. Venuti to discuss Chapter 5 claims. |
| 10/01/12 | H. Kilibarda | 1.50 | Review and revise Chapter 5 Complaint.  E-mail correspondence regarding the same. |
| 10/01/12 | D. Sklar | 0.60 | Review e-mail from W. Gannon (.1).  Review draft Complaint against Passumpsic Bank (.5). |
| 10/12/12 | D. Sklar | 0.20 | Review recent pleadings and notices. |
| 10/15/12 | D. Sklar | 0.30 | E-mail and memo from W. Gannon regarding D&O claims and creditor trust formation. |
| 10/16/12 | D. Sklar | 0.80 | E-mails from W. Gannon and Attorney Marcus regarding D&O policy/coverage and discussion of liquidating trust. |
| 10/18/12 | H. Kilibarda | 0.30 | Review correspondence regarding insured versus insured |

Nixon Peabody LLP
Invoice # 9498485     Page 4

| Date | Timekeeper | Hours | Description of Services |
|---|---|---|---|
| | | | exclusion in D&O policy. |
| 10/19/12 | H. Kilibarda | 0.30 | E-mail correspondence regarding D&O claim. |
| 10/22/12 | D. Sklar | 0.40 | Review Motion to Approve and Stipulation between Bank and Turner regarding ending cash. |
| 10/23/12 | H. Kilibarda | 0.50 | Telephone conference with G. Marcus, W. Gannon, and D. Sklar regarding D&O claim. |
| 10/23/12 | D. Sklar | 0.50 | Conference call with H. Kilibarda, W. Gannon and Attorney Marcus regarding Plan and Liquidating Trust. |
| 10/26/12 | H. Kilibarda | 0.60 | Prepare for and attend telephone conference regarding D&O litigation. |
| 10/26/12 | D. Sklar | 1.00 | Review Memo from Attorney Marcus (.4).  Telephone conference with W. Gannon, H. Kilibarda and Attorney Marcus to discuss Plan of Reorganization and Trust (.6). |
| 11/01/12 | D. Sklar | 0.70 | Review Traveler's Motion for Relief and Motion for Pro Hac Vice. |
| 11/09/12 | D. Sklar | 0.20 | Review current pleadings and notices. |
| 11/17/12 | D. Sklar | 0.30 | Review e-mails between Attorney Marcus and W. Gannon regarding Stipulation with Turner and Passumpsic Bank. |
| 11/18/12 | H. Kilibarda | 0.50 | Review e-mail correspondence and proposed orders regarding the Joint Motion of Debtors and Debtors-In-Possession, the New Hampshire Business Finance Authority, and Turner Construction Company, Inc. to Approve Stipulation of Settlement. |
| 11/19/12 | H. Kilibarda | 0.40 | Attend telephone conference call regarding today's hearing in proposed settlement. |
| 11/19/12 | D. Sklar | 0.30 | E-mails from Attorney Marcus (.1).  Review of Proposed Order (.1).  Telephone conference with H. Kilibarda regarding attendance at Motion hearing (.1). |
| 11/21/12 | H. Kilibarda | 0.20 | Review and analysis of revised proposed Order on settlement regarding ending cash and e-mail correspondence regarding the same. |
| 01/31/13 | H. Kilibarda | 0.50 | Review and analysis of Motion for Relief from Automatic Stay filed by S. Griffin regarding D&O insurance policy. |
| 02/13/13 | D. Sklar | 0.10 | Telephone conference with Attorney Gannon regarding claim status. |
| 02/15/13 | H. Kilibarda | 0.20 | E-mail correspondence with D. Rychalsky regarding fee applications. |
| 02/19/13 | H. Kilibarda | 0.70 | Review e-mail correspondence regarding negotiations with Passumpsic Savings Bank.  Telephone conference regarding the same. |
| 02/19/13 | D. Sklar | 0.50 | Conference call with H. Kilibarda, Attorney Gannon, Attorney Marcus and Attorney Jeffries regarding claim settlement with secured creditors. |
| 02/21/13 | D. Sklar | 0.20 | E-mails from Attorney Marcus and Attorney Gannon regarding insurance policies and claims. |
| 02/22/13 | H. Kilibarda | 0.20 | E-mail correspondence with A. Dirsa and D. Sklar regarding S. Griffin's motion for relief from the automatic stay. |

Nixon Peabody LLP
Invoice # 9498485     Page 5

| Date | Timekeeper | Hours | Description of Services |
|---|---|---|---|
| 02/22/13 | H. Kilibarda | 0.30 | Calculation of professional fees and expenses owing. E-mail correspondence regarding the same. |
| 02/25/13 | H. Kilibarda | 0.50 | Review and analysis of e-mail correspondence regarding proposed distribution scheme. |
| 02/26/13 | H. Kilibarda | 0.30 | Review Debtor's Objection to Motion for Relief from Automatic Stay filed by S. Griffin. |
| 02/26/13 | D. Sklar | 0.40 | Review Attorney Griffin's Motion for Relief and telephone conference with H. Kilibarda to discuss same (.2). Review settlement proposal from B. Gannon (.2). |
| 02/28/13 | H. Kilibarda | 0.30 | Review and edit Document Inspection Agreement; e-mail correspondence regarding the same. |
| 03/01/13 | H. Kilibarda | 0.30 | E-mail correspondence regarding settlement conference. |
| 03/01/13 | D. Sklar | 0.60 | E-mails with W. Gannon regarding settlement conference (.1). E-mails with US Trustee regarding conversion to Chapter 7 (.2). E-mails with various attorneys regarding settlement (.3). |
| 03/06/13 | D. Sklar | 4.00 | Settlement conference with Attorney Gannon, Marcus, Luker, Jeffery and Callaghan regarding Liquidation Plan and allocation of assets. |
| 03/07/13 | D. Sklar | 2.80 | Telephone conference with Attorney Luker (.1). Review Order Approving Motion to Assume with Turner (.3). Review Assumption Agreement (.6). Legal research (1.8). |
| 03/07/13 | D. Sklar | 0.90 | Review draft Plan of Reorganization from Attorney Marcus (.9). |
| 03/08/13 | D. Sklar | 1.50 | Conference call with all counsel regarding global settlement (1.1). Complete review of legal research (.4). |
| 03/11/13 | D. Sklar | 1.30 | Telephone conference with Attorney Jeffery regarding Turner Settlement (.3). Telephone conference with G. Moffet (.9). E-mail to all parties regarding conference call (.1). |
| 03/12/13 | D. Sklar | 1.10 | Conference call with G. Marcus and W. Gannon (.9). Telephone conference with G. Moffet (.2). |
| 03/13/13 | D. Sklar | 0.30 | Telephone conference with W. Gannon (.1). Telephone conference with Attorney Jeffery (.1). E-mail with R. Wheeler regarding final settlement (.1). |
| 03/14/13 | D. Sklar | 0.20 | Telephone conference with Attorney Jeffery regarding settlement of Turner claims (.1). E-mail to Attorney Gannon concerning same (.1). |
| 03/15/13 | D. Sklar | 0.10 | E-mails from Attorney Marcus and Attorney Jeffery. |
| 03/18/13 | D. Sklar | 0.60 | Telephone conference with Attorney Moffet regarding Turner settlement (.2). Review Turner Proof of Claim and prior stipulations (.4). |
| 03/19/13 | D. Sklar | 0.30 | Continued review of prior agreements regarding Turner claims. Telephone call to Attorney Jeffery. |
| 03/20/13 | D. Sklar | 0.60 | Conference call with Attorney Moffet regarding Turner settlement. |
| 03/26/13 | D. Sklar | 0.90 | Review e-mail/offer from Attorney Jeffery (.1). Conference call with Gannon, Marcus and Moffet (.8). |

Nixon Peabody LLP
Invoice # 9498485     Page 6

| Date | Timekeeper | Hours | Description of Services |
|---|---|---|---|
| 03/28/13 | D. Sklar | 1.70 | Telephone conference with Attorney Jeffery regarding Turner settlement (.2). Conference call with Marcus, Gannon and Moffet (1.2). Review settlement offer from PS Bank (.3). |
| 03/29/13 | D. Sklar | 0.50 | Review US Trustee Motion to Convert to Chapter 7 (.3). E-mail from Attorney Gannon with comments to settlement proposal (.2). |
| 04/01/13 | D. Sklar | 0.30 | Review PSB settlement memo with comments from G. Marcus. |
| 04/04/13 | D. Sklar | 1.40 | Telephone conference with G. Moffet (.3). Conference call with counsel regarding global settlement negotiations (1.1). |
| 04/05/13 | D. Sklar | 0.60 | Drafting Memo to settlement parties. Summarizing the Proofs of Claim. |
| 04/08/13 | D. Sklar | 0.60 | E-mails from Attorney Gannon and Attorney Moffet with settlement proposals. |
| 04/10/13 | D. Sklar | 0.30 | E-mail from Attorney Moffet with schedule of pending contracts and retainage. |
| 04/11/13 | D. Sklar | 0.60 | Telephone conference with Attorney Moffet (.2). Continued review of claims and proofs (.4). |
| 04/15/13 | D. Sklar | 1.00 | Conference call with key counsel to continued settlement negotiations (.3). Complete review of schedules and proofs (.4). Drafting settlement offer (.3) |
| 04/16/13 | D. Sklar | 0.40 | Drafting settlement proposal. |
| 04/17/13 | D. Sklar | 0.60 | Review settlement spread sheets and memo from Attorney Gannon (.2). E-mails with Attorney Gannon and Attorney Marcus and Attorney Moffet regarding settlement (.4). |
| 04/18/13 | D. Sklar | 0.20 | Review settlement proposal from Attorney Jeffery regarding Turner Construction (.1). E-mails with Attorney Gannon (.1). |
| 04/24/13 | D. Sklar | 0.30 | Review settlement proposal from Attorney Moffet (.2). Telephone conference with Attorney Marcus (.1). |
| 04/25/13 | D. Sklar | 0.30 | E-mails and telephone conference with Attorney Marcus regarding global settlement with the Lenders (.1). E-mails with W. Gannon (.1). E-mail with Attorney Luker (.1). |
| 04/26/13 | D. Sklar | 0.80 | Review e-mail and Settlement Agreement from Attorney Luker (.3). E-mails with Attorney Marcus (.1). E-mail to all parties regarding comments to Agreement (.1). E-mails with Attorney Gannon (.1). E-mails with Attorney Luker regarding settlement term sheet (.2). |
| 04/29/13 | D. Sklar | 0.30 | Review proposed amendment to Settlement Agreement from Attorney Marcus (.2). Review subsequent comments from Attorney Gannon (.1). |
| 05/02/13 | D. Sklar | 0.40 | Review Objection to Motion to Convert and e-mail to Attorney Gannon regarding same (.2). E-mails with counsel concerning global settlement (.2). |
| 05/06/13 | H. Kilibarda | 0.50 | Review and analysis of Trustee's Motion to Convert and Objections thereto in preparation for hearing. |

Nixon Peabody LLP
Invoice # 9498485     Page 7

| Date | Timekeeper | Hours | Description of Services |
|---|---|---|---|
| 05/06/13 | D. Sklar | 0.20 | Telephone conference with Attorney Jeffery regarding settlement. |
| 05/07/13 | H. Kilibarda | 2.50 | Prepare for and attend hearing on Orr & Reno Fee Applications and Trustee's Motion to Convert Case to Chapter 7. |
| 05/09/13 | D. Sklar | 0.20 | E-mails with Attorney Gannon regarding Turner claims (.1). E-mails with Attorney Marcus regarding settlement conference (.1). |
| 05/10/13 | D. Sklar | 0.30 | E-mails with Attorneys Luker and Marcus regarding settlement agreement and treatment of Turner claim. |
| 05/13/13 | D. Sklar | 0.60 | Conference call with Attorney Moffet, Luker, Marcus and Gannon. |
| 05/14/13 | D. Sklar | 0.30 | Review e-mails from Attorneys Gannon, Marcus and Luker regarding Turner settlement. |
| 05/17/13 | D. Sklar | 0.50 | Memo from G. Marcus regarding Turner (.2). Telephone conference with Attorney Luker regarding global settlement (.3). |
| 05/22/13 | D. Sklar | 0.50 | E-mails with Attorney Gannon (.1). Review settlement spread sheet (.3). E-mails with Attorney Luker (.1) |
| 05/23/13 | D. Sklar | 0.40 | Review e-mails from Attorneys Gannon, Marcus and Luker regarding settlement spread sheet. |
| 05/31/13 | D. Sklar | 0.60 | Review prior Motions, Stipulations and Orders to value amount and priority of Turner claim. |
| 06/03/13 | D. Sklar | 0.50 | E-mails with Attorney Luker regarding global settlement (.1). Review Turner Contract Assumption pleadings (.3). Telephone conference Attorney Luker (.1). |
| 06/07/13 | D. Sklar | 2.00 | Settlement conference with Attorneys Gannon, Luker Jeffries and Marcus. Review spread sheet and draft agreement. |
| 06/11/13 | H. Kilibarda | 0.30 | Review and analysis of Subpoenas and Notices of Deposition issued to A. Hanson and Keeper of Records. |
| 06/11/13 | D. Sklar | 0.20 | Letter from G. Karonis with Subpoenas and Notice of Deposition for A. Hansen and Keeper of the Records. |
| 06/19/13 | D. Sklar | 0.40 | Review Settlement Agreement from Attorney Luker (.2). E-mails from Attorney Marcus and Attorney Gannon (.2). |
| 06/24/13 | H. Kilibarda | 0.40 | Review and analysis of proposed Settlement Agreement. |
| 06/24/13 | D. Sklar | 0.60 | Review e-mails from Attorney Marcus, Luker and Gannon with Global Agreement (.4). E-mail to Committee Members regarding the same (.2). |
| 06/25/13 | D. Sklar | 0.50 | E-mail from Attorney Luker (.1). E-mail from Attorney Jeffery with Amended Settlement Agreement (.3). Review Excel spread sheets (.1). |
| 06/26/13 | H. Kilibarda | 0.30 | Review and analysis of W. Gannon's comments and edits to proposed Settlement Agreement. |
| 06/26/13 | H. Kilibarda | 0.30 | E-mail correspondence with W. Gannon regarding Hanson adversary proceeding. Telephone conference with D. Sklar regarding the same. |

Nixon Peabody LLP
Invoice # 9498485     Page 8

| Date | Timekeeper | Hours | Description of Services |
|---|---|---|---|
| 06/26/13 | D. Sklar | 0.50 | E-mails with Attorney Gannon and H. Kilibarda regarding special counsel (.2). E-mails with Attorney Luker and Attorney Gannon regarding Global Settlement Agreement (.3). |
| 06/26/13 | D. Sklar | 0.40 | Prepare for committee meeting to review and approve Settlement Agreement. |
| 06/27/13 | H. Kilibarda | 1.50 | Participate in telephonic Committee meeting to discuss proposed Settlement Agreement. Review and analysis of Committee Bylaws to determine sufficiency of vote regarding the same. Prepare minutes of Committee meeting. |
| 06/27/13 | D. Sklar | 1.20 | Attend Committee conference call to approve settlement (.6). Conference call with primary counsel to complete Global Settlement (.6). |
| 06/27/13 | D. Sklar | 0.30 | E-mails with D. Bridges and G. Bellevance regarding recap of Committee meeting and vote to approve Settlement Agreement. |
| 06/28/13 | D. Sklar | 0.40 | Review e-mails between Attorneys Luker and Gannon regarding revised Global Settlement Agreement. |
| 07/01/13 | H. Kilibarda | 0.30 | Telephone conference with P. Tamposi regarding Chapter 5 claims. |
| 07/02/13 | D. Sklar | 0.40 | E-mails to/from Attorney and Luker concerning global settlement. |
| 07/11/13 | D. Sklar | 0.30 | Review e-mails and attachments from Attorney Tucker and Attorney Gannon regarding global settlement. |
| 07/15/13 | D. Sklar | 1.50 | Multiple e-mails from Attorneys Luker, Marcus and Gannon with revisions to Global Settlement Agreement (.9). Review Motion to Seal and Approve Global Agreement (.6). |
| 07/17/13 | D. Sklar | 0.50 | Review e-mails from Attorneys Luker, Jeffery and Gannon (.2). Review revisions to Settlement Agreement (.3). |
| 07/18/13 | H. Kilibarda | 0.20 | E-mail correspondence regarding deposition of A. Hanson. |
| 07/22/13 | D. Sklar | 0.30 | Review e-mails from Attorney Luker (.1) and Attorney Marcus (.2) regarding Global Settlement. |
| 07/24/13 | D. Sklar | 0.60 | Review e-mails from Attorneys Luker, Gannon, Marcus and Jeffery regarding global settlement (.2). Conference call with said attorneys to complete same (.3). |
| 07/25/13 | D. Sklar | 0.30 | Conference call with Attorneys Luker and Marcus regarding GST (.3). |
| 07/26/13 | D. Sklar | 0.20 | E-mails with Attorney Gannon regarding Global Settlement Agreement. |
| 07/29/13 | D. Sklar | 0.40 | Review e-mails between Attorney Hage and Attorney Gannon (.1). E-mail from Attorney Gannon regarding Chapter 5 claim settlement authority (.1). E-mail from Attorney Luker regarding Global Settlement Agreement. E-mails from Attorney Marcus (.1). Review e-mails with |

Nixon Peabody LLP
Invoice # 9498485     Page 9

| Date | Timekeeper | Hours | Description of Services |
|---|---|---|---|
| 07/30/13 | D. Sklar | 0.60 | Attorney Hage regarding D&O Claims (.1). E-mails with Attorneys Luker, Marcus and Gannon (.2). Review Amended Global Settlement Agreement (.3). E-mail from Attorney Jeffery (.1). |
| 07/31/13 | D. Sklar | 0.30 | E-mails with E. Jeffery and e-mails with G. Marcus regarding amount of Turner claim for Global Settlement Agreement (.2). E-mails from Attorney Luker (.1). |

TOTAL HOURS:     87.20

TOTAL FEES:     $36,365.00

### TIMEKEEPER SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| **Partners** | | | |
| D. Sklar | 450.00 | 62.20 | 27,990.00 |
| **Associates** | | | |
| H. Kilibarda | 335.00 | 25.00 | 8,375.00 |
| **Total All Timekeepers:** | | **87.20** | **$36,365.00** |

**For Charges and Disbursements:**

| Date | Description | Amount |
|---|---|---|
| 03/29/12 | Photocopy | 67.20 |
| 03/31/12 | Extranet services for the month of March 2012 | 200.00 |
| 04/02/12 | Postage: 3/29/2012 | 19.50 |
| 04/02/12 | Photocopy | 18.20 |
| 04/30/12 | Extranet services for the month of April 2012 | 200.00 |
| 05/01/12 | Postage: 4/2/2012 | 8.45 |
| 05/31/12 | Extranet Service for month of May 2012 | 200.00 |
| 06/30/12 | Extranet Service for month of June 2012. | 200.00 |
| 07/31/12 | Extranet Service for month of July 2012. | 200.00 |
| 08/31/12 | Extranet Service for month of August 2012 | 200.00 |
| 09/30/12 | Extranet Service for month of September 2012 | 200.00 |
| 10/31/12 | Extranet Service for month of October 2012. | 200.00 |
| 11/30/12 | Extranet Service for month of November 2012. | 200.00 |
| 12/31/12 | Extranet Service for month of December 2012. | 200.00 |
| 01/31/13 | Extranet Service for month of January 2013. | 200.00 |
| 02/28/13 | Extranet Service for month of February 2013. | 200.00 |
| 03/06/13 | VENDOR: Ahh-Some Gourmet Coffee; INVOICE#: 030613; DATE: 3/6/13 | 24.00 |
| 03/26/13 | Extranet Service for month of March 2013 | 200.00 |
| 04/30/13 | Extranet Service for month of April 2013. | 200.00 |
| 05/31/13 | Extranet Service for month of May 2013. | 200.00 |

Nixon Peabody LLP
Invoice # 9498485    Page 10

**For Charges and Disbursements:**

| Date | Description | Amount |
|---|---|---:|
| 06/07/13 | VENDOR: Ahh-Some Gourmet Coffee; INVOICE#: 060713; DATE: 6/7/13 - | 15.00 |
| 06/30/13 | Extranet Service for month of June 2013 | 200.00 |
| 07/31/13 | Extranet Service for month of July 2013. | 200.00 |
|  | **TOTAL CHARGES AND DISBURSEMENTS** | **$3,552.35** |
|  | **TOTAL FOR MATTER -- ISAACSON STEEL BANKRUPTCIES:** | **$39,917.35** |

| | | |
|---|---|---:|
| Total Fees.................................................................................... | $ | 36,365.00 |
| Total Charges and Disbursements ............................................... | $ | 3,552.35 |
| Total Time and Costs ................................................................... | $ | 39,917.35 |
| **TOTAL FOR STATEMENT:** | | **$39,917.35** |

**\*\*\*\*Nixon Peabody LLP Remittance Information \*\*\*\***

**FEDERAL I.D. NO. 16-0764720**

| | |
|---|---|
| Client: 062326 | Official Committee of Unsecured Creditor |
| | c/o Daryll Bridges, Chairman |
| | James F. Stearns Co., Inc. |
| | 42 Winter Street |
| | Pembroke, MA 02359 |
| Matter: | 000002 |
| Invoice Number: | 9498485 |
| Date of Invoice: | 08/12/13 |
| Terms: | Due Upon Receipt |
| Invoice Amount: | $           39,917.35 |

Nixon Peabody LLP is pleased to offer three payment options: check, electronic funds transfer, and credit card. **To ensure prompt application of your payment, please reference the invoice number with your payment by returning this page with your check and credit card payments, or by including the invoice number in the addenda information of your electronic funds transfer.** Questions may be directed to 617-345-1100, fax no. 585-672-6778, or to ClientPayments@nixonpeabody.com. Thank you.

**Check** - mail to:
**NIXON PEABODY LLP**
**PO BOX 28012**
**NEW YORK, NY 10087-8012**

Invoice(s) Paid: _____

**Electronic Payment:**
**(Wire/ACH)**

| | |
|---|---|
| Bank Name: | JPMorgan Chase Bank, Rochester, NY 14643 |
| ABA Routing #: | 021000021 |
| Account Name: | Nixon Peabody LLP |
| Account #: | 938761475 |
| SWIFT Code: | CHASUS33 |
| Invoice(s) Paid: | *To be included in electronic payment's addenda information.* |

**Credit Card** - mail to:
NIXON PEABODY LLP
1300 CLINTON SQUARE
ROCHESTER, NY 14604
Phone: (617) 345-1100
Fax: (585) 672-6778

Invoice(s) Paid: _____
Total Amount Of Payment: $ _____
☐ VISA  ☐ Master Card  ☐ Discover  ☐ American Express
Card #: __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __
Expiration Date: __ __ - __ __       Security Code: __ __ __ __

Signature: _____