**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEW HAMPSHIRE**

---------------------------------------------------------

| | |
|---|---|
| In re: | CHAPTER 11 |
| Isaacson Steel, Inc. | Case No. 11-12415-JMD |
| Isaacson Structural Steel, Inc. | Case No. 11-12416-JMD |
| Debtors | Jointly Administered |

---------------------------------------------------------

**DEBTORS' MOTION FOR COMBINED HEARING ON ADEQUACY OF DISCLOSURE STATEMENT AND CONFIRMATION OF PLAN OF REORGANIZATION**

The Debtors in Possession, Isaacson Structural Steel, Inc. and Isaacson Steel, Inc. (individually, "ISSI" and "Steel" and, collectively, the "Debtors") respectfully move this Court as follows:

1. The Debtors have filed their Disclosure Statement Dated September 18, 2013 Pertaining to Plan of Reorganization of Even Date and Debtors' Plan of Reorganization dated September 18, 2013 (the "Disclosure Statement" and "Plan").

2. The Plan is based on the so-called Global Settlement Agreement entered into by and among the Debtors, the Official Committee of Unsecured Creditors (the "Committee"), Passumpsic Savings Bank ("Passumpsic" or "PSB"), the New Hampshire Business Finance Authority (the "BFA") and Turner Construction, Inc. ("Turner") and approved by the sole director of the Debtors that has been the subject of two (2) lengthy hearings and has the support of the vast majority of creditors in this case measured by dollars and the vast majority of creditors measured by number assuming that Unsecured Creditors will follow the recommendation of the Committee.

3. Under the facts and circumstances of this case, the Debtors believe that it is appropriate to conduct a hearing on the adequacy of the Disclosure Statement and, assuming that this Court finds that it gave Creditors "adequate information", hear and confirm the Plan immediately after the entry of the Order approving the Disclosure Statement.

**WHEREFORE,** the Debtors respectfully request this Court to issue and enter an Order in

the form attached hereto, with such amendments or modifications as this Court deems necessary or appropriate.

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED: September 19, 2013 | /s/ William S. Gannon<br>William S. Gannon, BNH 01222 |
|  | Attorney for: |
|  | **Isaacson Structural Steel, Inc.** and<br>**Isaacson Steel, Inc.** |
|  | WILLIAM S. GANNON, PLLC<br>889 Elm Street, 4th Floor<br>Manchester NH 03101<br>PH: 603-621-0833 |

CERTIFICATE OF SERVICE

I hereby certify that on this date I served the foregoing pleading on each person named below by causing it to be filed electronically via the CM/ECF filing system or mailed by first-class United States Mail, postage pre-paid, or in such other manner as may be indicated:

All Persons on the attached Service Lists (if any).

| | |
|---|---|
| DATED: September 19, 2013 | /s/ Mary Ann Joyce<br>Jeanne Arquette-Koehler<br>Mary Ann Joyce |

**COMBINED APPEARANCES SERVICE LIST**
**In Re: Isaacson Steel, Inc., Chapter 11, Case No. 11-12415-JMD**
**In Re: Isaacson Structural Steel, Inc., Chapter 11, Case No. 11-12416-JMD**

Ann Marie Dirsa - **ECF**
Assistant U.S. Trustee

Gregory Moffett – ECF
Joshua Menard – ECF
For Passumpsic Savings Bank

Edward C. Dial, Jr. – ECF
For Ford Motor Credit

Daniel Sklar – ECF
Holly Kilibarda – ECF
For Creditors' Committee

David Azarian – ECF
For American Aerial Services

David Anderson – ECF
Gayle P. Ehrlich - ECF
For Cate Street Capital

Christopher Allwarden – ECF
Honor Heath - ECF
For PSNH

Kristen Harris – ECF
Jonathan Starble - ECF
For Infra-Metals Co.

David Chenelle – ECF
For JM Coull, Inc.

Steven M. Notinger – ECF
For Steven Griffin

Joseph Foster – ECF
For The Eli L. Isaacson Family Trust

Richard Levine – ECF
Tobias Crawford - ECF
For Colby Company

John R. Harrington – ECF
For Wells Fargo Equipment Finance

D. Ethan Jeffrey - ECF
Charles R. Bennett – ECF
Stephen Sutton - ECF
For Turner Construction

Justin Boothby – ECF
For Isaacson Structural Steel

Matthew Johnson - ECF
For Northway Bank

Gina Fonte – ECF
For The Richmond Group

Peter Hermes – ECF
For John Moriarty & Assoc.

Michey Long – ECF
For Prime Steel Erecting

George Marcus – ECF
For NH BFA

Rodney Stark – ECF
For D.J. Driscoll and Company

Lizabeth M. MacDonald - ECF
For City of Berlin

Mark Derby – ECF
For Presby Steel

David C. Green – ECF
For RBS Citizens

Geoffrey Coen – ECF
Paula-Lee Chambers - ECF
For Travelers Casualty

Robert Wexler - email

Internal Revenue Service
Special Procedures Function
80 Daniel
PO Box 9502
Portsmouth  NH  03802

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia PA 19101-7346

State of New Hampshire
Dept. of Employment Security
Attn: Arnold Rocklin-Weare
32 South Main Street
Concord, NH 03301