# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re: | Bk. No. 11-12415-JMD |
| | Bk. No. 11-12416-JMD |
| Isaacson Steel, Inc. & | Chapter 11 |
| Isaacson Structural Steel, Inc., | |
|     Debtor | |

## ORDER

The Court has before it Debtors' First Amended Joint Plan of Reorganization For Isaacson Steel, Inc. and Isaacson Structural Steel, Inc., dated September 25, 2013, as Modified October 18, 2013.  (Doc. No. 1225, amending Doc. No. 1183) (the "Plan").  On October 28, 2013, the Court held a combined hearing on the adequacy of the Debtors' First Amended Disclosure Statement and on confirmation of the Plan (the "Hearing").  The Court, subject to the resolution of the objections argued at the Hearing through preparation of an appropriate proposed confirmation order, will approve the Disclosure Statement and Plan.

The Court hereby orders:

1. The Debtors shall file with the Court a proposed order approving the Disclosure Statement and a proposed confirmation order on or before **November 6, 2013**;

2. Any party with an objection to the proposed confirmation order shall file an objection that specifically identifies the nature of such objection(s) on or before **November 13, 2013**; and

3. If an objecting party desires a hearing with respect to their objection(s), then on or before **November 13, 2013**, that party shall request a hearing on their objection(s).

ENTERED at Manchester, New Hampshire.


Date:   October 28, 2013            /s/ J. Michael Deasy
                                    J. Michael Deasy
                                    Bankruptcy Judge