# EXHIBIT A

FEDERAL I.D. NO. 16-0764720

## Nixon Peabody LLP
Attorneys at Law
900 Elm Street
Manchester, NH 03101
TEL: (603) 628-4000
FAX: (603) 628-4040

January 16, 2014

Official Committee of Unsecured Creditor
c/o Daryll Bridges, Chairman
James F. Stearns Co., Inc.
42 Winter Street
Pembroke, MA 02359

Invoice No. 9538648
Account: 062326
Sklar, Daniel W.
Terms: Due Upon Receipt

**FOR PROFESSIONAL SERVICES RENDERED through January 16, 2014, including:**

**MATTER NO.: 000002**     **ISAACSON STEEL BANKRUPTCIES**

**For Professional Fees:**

| Date | Timekeeper | Hours | Description of Services |
|---|---|---|---|
| 08/01/13 | D. Sklar | 0.80 | Review letter from Attorney Miller regarding PSB v. Driscoll (.1). E-mails from Attorneys Marcus and Luker (.2). Conference call with Attorneys Gannon, Luker, Marcus and Jeffery (.5). |
| 08/02/13 | D. Sklar | 0.40 | Multiple e-mails with Attorneys Luker, Marcus and Gannon to complete Global Settlement Agreement and Motion to Approve. |
| 08/07/13 | D. Sklar | 0.30 | Review e-mails by and between counsel regarding complete and executed Global Settlement Agreement. |
| 08/09/13 | D. Sklar | 1.00 | E-mails with D. Luker (.2). E-mails with W. Gannon (.2). Review Motion to Approve Global Settlement Agreement (.4). Complete review and revisions to Motion to Expedite (.2). |
| 08/13/13 | D. Sklar | 0.20 | Telephone conference with J. Palmer regarding Global Settlement Agreement (.1). E-mails with G. Moffet regarding Motion to Approve Global Settlement Agreement (.1). |
| 08/15/13 | D. Sklar | 1.00 | Telephone conference with Attorney Luker (.2). Review Griffin Objection to Global Settlement Agreement Motion (.2). E-mail from G. Moffet (.2). Review Moriarty Complaint from B. Gannon (.4). |
| 08/16/13 | D. Sklar | 0.20 | Review memo from G. Moffett with summary of pending litigation against Hanson/Griffin. |
| 08/20/13 | D. Sklar | 0.80 | Telephone conference with D. Notinger regarding objection to Global Settlement Agreement (.2). E-mail from Attorney Marcus (.2). Review e-mails from |

Nixon Peabody LLP
Invoice # 9538648    Page 2

| Date | Timekeeper | Hours | Description of Services |
|---|---|---|---|
| 08/21/13 | D. Sklar | 1.90 | Attorney Gannon and Attorney Moffet (.4). Conference call with Attorneys Gannon, Moffet, Marcus and Jeffery regarding Global Settlement Agreement (1.1). Initial preparation for hearing to approve Global Settlement Agreement (.8). |
| 08/22/13 | D. Sklar | 4.00 | Prepare for and attendance at hearing on Motion to Approve Global Settlement. |
| 08/23/13 | D. Sklar | 0.30 | E-mails with Attorney Gannon (.1) and e-mails with Attorney Luker (.2) regarding Global Settlement Agreement. |
| 08/26/13 | H. Barcroft | 0.20 | E-mail correspondence with D. Sklar regarding Committee Selection for Liquidating Trustee. |
| 08/26/13 | D. Sklar | 0.80 | Telephone conference with Attorney Luker (.1). Review Liquidating Trust Agreement (.4). E-mails from Attorney Moffet, Attorney Marcus and Attorney Luker regarding Moriarty (.3). |
| 08/27/13 | D. Sklar | 0.50 | E-mails from Attorneys Luker, Moffet, Gannon and Marcus regarding Global Settlement Agreement Notice and Disclosures (.4). Telephone conference with R. Wexler. |
| 08/27/13 | D. Sklar | 0.20 | Telephone conference with D. Notinger regarding settlement with Griffin. |
| 08/29/13 | D. Sklar | 0.60 | Telephone conference with D. Luker (.1). E-mails from G. Marcus (.1). E-mails with B. Gannon (.1). Review Notice for Approval of Global Settlement Agreement (.3). |
| 09/03/13 | D. Sklar | 0.80 | Multiple e-mails with Attorneys Gannon, Luke, Moffit, Jeffrey and Marcus (.5). Review final Notice and Disclosure Statement for GSA (.3). |
| 09/06/13 | D. Sklar | 0.60 | E-mails with Attorney Gannon and Attorney Karonis regarding Global Settlement Agreement and related pleadings (.3). Review e-mails among counsel dealing with Moriarty settlement (.3). |
| 09/09/13 | D. Sklar | 1.40 | Conference call with G. Marcus, D. Luker, G. Moffet and E. Jeffery (.9). Review draft Plan of Liquidation (.5). |
| 09/10/13 | D. Sklar | 0.50 | E-mails with Attorneys Luker, Moffet and Gannon regarding Global Settlement Agreement (.2). Review draft Plan with Attorney Marcus (.3). |
| 09/12/13 | D. Sklar | 1.30 | E-mails among counsel. Review revision to Plan by G. Marcus (.9). Review latest draft of Disclosure Statement (.4). |
| 09/16/13 | D. Sklar | 1.20 | E-mails from Attorney Gannon (.1). Review draft Disclosure Statement (.8). Review Settlement Agreement with Infra/Moriarty (.3). |
| 09/18/13 | D. Sklar | 0.50 | Review Disclosure Statement (.4). E-mails with Attorney Gannon regarding same (.1). |
| 09/18/13 | D. Sklar | 0.90 | Review Objections to Global Settlement Agreement. |
| 09/19/13 | D. Sklar | 2.10 | Attend hearing on Motion to Approve Global Settlement Agreement (2). Conference with W. Gannon (.1). |

Nixon Peabody LLP
Invoice # 9538648     Page 3

| Date | Timekeeper | Hours | Description of Services |
|---|---|---|---|
| 09/24/13 | D. Sklar | 0.50 | Attend hearing on Fee Application (.2). E-mails with D. Luker and E. Jeffery regarding form of Order to Approve Global Settlement Agreement (.3). |
| 09/25/13 | D. Sklar | 0.70 | E-mails with W. Gannon and D. Luker (.2). Review Plan and Disclosure Statement (.5). |
| 09/26/13 | H. Barcroft | 0.40 | Review and analysis of Memorandum Opinion addressing motion to approve global settlement agreement. |
| 10/18/13 | H. Barcroft | 0.30 | E-mail correspondence with Committee members regarding deadline for voting on Plan. |
| 10/28/13 | D. Sklar | 4.00 | Preparation for and appearance at hearings on Disclosure Statement, Confirmation and Conversion. |

TOTAL HOURS:    28.40

TOTAL FEES:    $12,676.50

**For Charges and Disbursements:**

| Date | Description | Amount |
|---|---|---|
| 08/12/13 | Photocopy | 9.00 |
| 08/13/13 | Photocopy | 52.00 |
| 08/30/13 | Extranet Service for month of August 2013. | 200.00 |
| 09/03/13 | Postage: 8/12/13 | 7.48 |
| 09/03/13 | Postage: 8/13/13 | 19.76 |
| 09/30/13 | Extranet Service for month of September 2013. | 200.00 |
| 10/31/13 | Extranet Service for month of October 2013 | 200.00 |
| 11/14/13 | Photocopy | 1.80 |
| 11/27/13 | Extranet Service for month of November 2013. | 200.00 |
| 12/02/13 | Postage: 11/14/13 | 3.44 |
| 12/31/13 | Extranet Service for month of December 2013. | 200.00 |
| | **TOTAL CHARGES AND DISBURSEMENTS** | **$1,093.48** |

**TOTAL FOR MATTER -- ISAACSON STEEL BANKRUPTCIES:**    $13,769.98

| | | |
|---|---|---|
| Total Fees | $ | 12,676.50 |
| Total Charges and Disbursements | $ | 1,093.48 |
| Total Time and Costs | $ | 13,769.98 |
| **TOTAL FOR STATEMENT:** | | **$13,769.98** |

****Nixon Peabody LLP Remittance Information ****
FEDERAL I.D. NO. 16-0764720

| | |
|---|---|
| Client: 062326 | Official Committee of Unsecured Creditor<br>c/o Daryll Bridges, Chairman<br>James F. Stearns Co., Inc.<br>42 Winter Street<br>Pembroke, MA 02359 |
| Matter: | 000002 |
| Invoice Number: | 9538648 |
| Date of Invoice: | 01/16/14 |
| Terms: | Due Upon Receipt |
| Invoice Amount: | $   13,769.98 |

Nixon Peabody LLP is pleased to offer three payment options: check, electronic funds transfer, and credit card. **To ensure prompt application of your payment, please reference the invoice number with your payment by returning this page with your check and credit card payments, or by including the invoice number in the addenda information of your electronic funds transfer.** Questions may be directed to 617-345-1100, fax no. 585-672-6778, or to ClientPayments@nixonpeabody.com. Thank you.

| | | |
|---|---|---|
| **Check** - mail to: | **NIXON PEABODY LLP**<br>**PO BOX 28012**<br>**NEW YORK, NY 10087-8012** | |
| | Invoice(s) Paid: _____ | |
| **Electronic Payment:**<br>(Wire/ACH) | Bank Name: | JPMorgan Chase Bank, Rochester, NY 14643 |
| | ABA Routing #: | 021000021 |
| | Account Name: | Nixon Peabody LLP |
| | Account #: | 938761475 |
| | SWIFT Code: | CHASUS33 |
| | Invoice(s) Paid: | *To be included in electronic payment's addenda information.* |
| **Credit Card** - mail to: | NIXON PEABODY LLP<br>1300 CLINTON SQUARE<br>ROCHESTER, NY  14604<br>Phone: (617) 345-1100<br>Fax: (585) 672-6778 | |
| | Invoice(s) Paid: _____<br>Total Amount Of Payment: $ _____<br>☐ VISA  ☐ Master Card  ☐ Discover  ☐ American Express<br>Card #: __ __  __ __  __ __  __ __  __ __  __ __  __ __  __ __<br>Expiration Date: __ __ - __ __    Security Code: __ __ __ __<br>Signature: _____ | |