# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW HAMPSHIRE

In re:                                                                  Bk. No. 11-12415-JMD
                                                                          Chapter 11

Isaacson Steel, Inc. and Isaacson Structural Steel, Inc.,
               Debtor(s)

## ORDER OF THE COURT

| | |
|---|---|
| Hearing Date: | 2/4/2014 |
| Nature of Proceeding: | Doc# 962 Motion to Convert Chapter 11 Case to Chapter 7 . Filed by U.S. Trustee Office of the U.S. Trustee |
| Outcome of Hearing: | WITHDRAWN. |

IT IS SO ORDERED:

/s/ J. Michael Deasy           2/4/2014

J. Michael Deasy
Bankruptcy Judge